# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLORADO

06 - CV - 02241

# PLAINTIFF PETITIONERS CLASS ACTION PETITION FOR PRELIMINARY/ PERMANENT INJUNCTIVE RELIEF

RECEIVED
UNITED STATES DISTRICT COURT
DENVER COLORADO

OCT 3 0 2006

GREGORY C. LANGHAM
CLERK

# APPENDIX

## CASE NUMBER _____

## BY JON VAUPEL Representing-

Murphy Wamala, Khalid Agina, Mario Jean-Baptiste
Le Man, Hung Tran, Khalid Wahab,
Tran Loi, Stanley Harmon, Chinh Nguyen
Alfredo Farinas-Perez, Igor Margatskiy,
Gerald Nkwanga, Francis Johnson, Kwabena Essuman
Anerobi Ngwabe, O'Neil Stewart, Yemane Haile
Gerald Remy, Riziki Temu, Jose Zamorano
Arben Kola, Rovey Morm, Benad Abiodun,
Franciso Banal-Martinez, Roy Berko,
Vakhom Xayamoungkhoun and Christopher Lukanga,
And all present and future ICE Detainee's

_EXHIBIT A_

# PARK COUNTY DETENTION CENTER
# LAW LIBRARY FLOOR PLAN



Exhibit B1

Attachment A

**List of Legal Reference Materials
for Detention Facilities**

*PLEASE
NOTE*

The information in Attachments A, B, and C was updated as of January 17, 1997. All costs are approximate and need to be verified before purchase. Further information can be obtained from the publishers, whose names and addresses are provided in Attachment C. Ordering and updating information can also be obtained from the INS Office of the General Counsel Librarian, Mary Ellen Daffron, at (202) 616-2642.

1. *Constitution of the United States of America; Analysis and Interpretation.*
   Prepared by the Congressional Research Service Library of Congress, 1996.
   One hardbound volume.
   Order from: Superintendent of Documents
             GPO Stock #052-071-01157-9
   Cost: $148.00
   Updated: Supplements and revised editions are published irregularly

2. *United States Code, Title 8, Aliens and Nationality.*
   Individual Titles of the United States Code Annotated are available from West Publishing. Title 8 is in three books.
   Order from: West Publishing Corporation
   Cost: $36.87 per book, 3 volume set $110.61.
       Annual updates $7.07 per book, $21.21 for the set
   Updated: Annual pocket parts

3. *Code of Federal Regulations, Title 8, Aliens and Nationality.*
   Codification of general and permanent rules published in the Federal Register.
   One paperback volume.
   Order from: Superintendent of Documents
             GPO Stock #869-026-00026-3
   Cost: $23.00
   Updated: Published annually

*The preferred procedure in ordering multiple copies of the CFR is to ride the Federal Register's requisition. Individual copy cost is approximately $6.00. Contact Glenn Brown, INS Printing Officer.*

4. *Bender's Immigration and Nationality Act Service.*
   Immigration and Nationality Act updated monthly.
   One loose-leaf volume.
   Order from: Mathew Bender
   Cost: $75.00 Annual Subscription
   Updated: Monthly

EXHIBIT B2

5. *Bender's INS Regulations Service*.
   Immigration and Nationality Regulations updated monthly.
   Two loose-leaf volumes.
   Order from: Mathew Bender
   Cost: $175.00 Annual Subscription
   Updated: Monthly

6. *Administrative Decisions Under Immigration & Nationality Laws*. Board of Immigration
   Appeals (BIA) decisions consisting of 20 bound volumes and loose-leaf Interim decisions.

   Bound Volumes:
   Order from: William S. Hein & Co.
   Cost: $1,095.00 for complete set Volumes 1-20.
          $60.00 per volume

   Interim Decisions:
   #3243 through and including decisions issued in 1996:
   Order from: William S. Hein & Co.
   Cost: $95.00
          $65.00 annual subscription

   Future decisions:
   Order from: Letter to the Chairman, Board of Immigration Appeals
   requesting inclusion in their distribution list.
   Cost: Gratis to Government Agencies

7. *Immigration Law and Defense*, by the National Lawyers Guild.
   Third edition, Includes INS and EOIR Forms.
   Two loose-leaf volumes published 1988.
   Order from: Clark Boardman Callaghan
   Cost: $292.11
   Updated: Annual subscription

8. *Immigration Law and Crimes*, by the National Immigration Project of the National
   Lawyers Guild.
   One loose-leaf volume published 1984.
   Order from: Clark Boardman Callaghan
   Cost: $197.42
   Updated: Annual subscription

9. *Guide for Immigration Advocates*.
   A manual covering the basics of immigration law and researching immigration law.
   Written as a simple, practical guide for paralegals.
   One loose-leaf volume. Published November 1996.
   Order from: Immigrant Legal Resource Center
   Cost: $85.00-non-profit organization
   Updated: Published irregularly

10 *Country Reports on Human Rights Practices*. Submitted by the Department of State to the
   Committee on Foreign Affairs of the U.S. House of Representatives and the Committee on
   Foreign Relations of the U.S. Senate. One paperbound volume. Order from:
   Superintendent of Documents
   Cost: $41.00 approximately
   Updated: Published annually in February

EXHIBIT B3

The preferred procedure in ordering multiple copies of the *Country Reports* is to ride the annual GPO Printing Jacket. The jacket number must be obtained from one of the Congressional Committees in January of each year. The approximate cost is $20.00.

11. *Human Rights Watch - World Report*. One bound volume.
    Order from: Human Rights Watch, Publication Department
    Cost: $30.00
    Updated: Annually

12. *UNHCR Handbook on Procedures and Criteria for Determining Refugee Status*. One bound pamphlet, 93 pages. Re-edited January 1992.
    Order from: United Nations High Commissioner for Refugees (UNHCR)
    Cost: Free to INS Detention
    Updated: Irregularly

13. *Considerations For Asylum Officers Adjudicating Asylum Claims From Women.*
    Immigration and Naturalization Service Memorandum dated May 26, 1995.
    Order from: Immigration and Naturalization Service, Office of the General
    Counsel, Asylum Division
    Cost: Free
    Updated: Irregularly

14. *Immigration and Naturalization Service Basic Law Manual.*
    3-ring binder. Immigration and Naturalization Service guide to asylum law.
    Order from: Immigration and Naturalization Service, Office of the General
    Counsel, Asylum Division
    Cost: Free
    Updated: Irregularly

15. *Lawyer's Committee Handbook on Representing Asylum Applicants.*
    Soft bound guide. Approximately 200 pages.
    Order from: Lawyer's Committee for Human Rights
    Cost: $50.00
    Updated: Irregularly

16. *Rights of Prisoners*. 2nd edition by Michael B. Mushlin.
    Two volumes, published 1993
    Order from: Clark Boardman Callaghan
    Cost: $250.00
        $55.00 - 1995 supplement
    Updated: Annual pocket parts

17. *Federal Habeas Corpus, Practice & Procedure*. 2nd Edition by James S. Liebman.
    Two volumes published 1994.
    Order from: The Michie Company
    Cost: $180.00
    $35.00 - 1995 supplement
    Updated: Annual pocket parts

18. *Federal Civil Judicial Procedure and Rules*. Paperback volume.
    Order from: West Publishing Corporation
    Cost: $15.15
    Updated: Published annually

19. *United States Code, Title 28, Rules, Appellate Procedure Pamphlets I+II.*
     Only the two softbound volumes contain the U.S. Court of Appeals Rules.
     Order From: West Publishing Corporation
     Cost: $22.00
     Updated: Annually

20. *Federal Criminal Code and Rules.* Paperback volume.
     Order from: West Publishing Corporation
     Cost: $15.15
     Updated: Published annually

21. *Criminal Procedure (Hornbook).* By LaFave.
     One volume.
     Order From: West Publishing Corporation
     Cost: $42.50
     Updated: Published Irregularly

22. *Legal Research in a Nutshell.* 5th edition by Morris L. Cohen, published 1992.
     Order from: West Publishing Corporation
     Cost: $17.50
     Updated: Published irregularly

23. *Legal Research & Writing: Some Starting Points.* 4th edition by William P. Statsky,
     Edited by Hannan, published 1993.
     Order from: West Publishing Corporation
     Cost $32.25
     Updated: Published irregularly

24. *Black's Law Dictionary.* 1990, latest standard edition, one hardbound volume.
     Order from: West Publications
     Cost: $31.00
     Updated: Published irregularly

25. *Spanish-English Law Dictionary,* By Solis. 1992.
     Order from: West Publishing Corporation
     Cost: $53.00
     Updated: Published irregularly

26. *Directory of Nonprofit Agencies that Assist Persons in Immigration Matters.*
     Perfect-bound booklet.
     Order from: National Immigration Law Center
     Cost: $12.00
     Updated: Irregularly

27. *Other Translation Dictionaries Depending on the Most Common Languages Spoken by
     the Detainee Population.*

28. *Detainee Handbook and Detainee Orientation Materials.*

29 *Self-Help Materials.* Materials provided by outside organizations after clearance by District
     Counsel.

Exhibit B5

30. *Telephone books (Yellow pages) for local areas and nearby metropolitan areas where counsel may be located.*

**Total Startup Cost Estimate:  $ 3,100**

EXHIBIT C1

# PARK COUNTY DETENTION CENTER - INMATE REQUEST FORM

INMATE REQUESTING: JON VAUPEL    DATE: 08/24/06   HOUSING: B3

REQUEST: Ms ELLIS - I NEED MORE THAN ONE HOUR PER DAY IN THE LAW LIBRARY
AS I HAD A COURT ORDER ICE APPROVED ME FOR 3 HOURS PER DAY, I SHOWED
MY AUTHORISATION KITE FOR THIS (SEE ATTACHED) TO SWING SHIFT OFFICERS
HOWEVER THEY INFORM ME I MUST SEEK YOU APPROVAL AS WELL AS ICE'S THEREFORE
COULD YOU PLEASE ALSO APPROVE ME FOR 3 HRS PER DAY WHERE POSSIBLE YOUR HELP IS GREATLY
PLEASE REALIZE THIS IS ONLY WHEN NOT BEING USED BY OTHERS.   APPRECIATED THANK YOU

OFFICER REPLYING: _____ DATE: Thank you

RESPONSE: MR VAUPEL - YOUR PREVIOUS FACILITY'S APPROVAL
IS NOT RELEVANT HERE. I WILL APPROVE AN EXTENDED PERIOD
OF TIME WHEN: 1) THERE IS PENDING COURT APPEARANCE 2.) IT POSES
NO SPECIAL BURDEN TO THE SAFE, SECURE, ORDERLY AND WELL-RUN
FACILITY OR MY STAFF. WE ARE OBLIGATED TO ALLOW 5 HRS. PER
WEEK PER DETAINEE. I HAVE 30+ DETAINEES (150 HOURS) AND ONLY
5-8 HOUR SHIFTS (40) WE MUST
BE FAIR TO ALL DETAINEES.

Distribution: White - File    Yellow - Return to inmate with answer    Pink - Inmate
5539(9/99)

Exhibit C2

## AURORA/ICE PROCESSING CENTER (DETAINEE REQUEST FORM - KITE)

Detainee name: Jon Vogel    INS A # 78444873    ID # JT325

Dorm: C    Date 05/11/06.    Officer Signature _____

### MARK YOUR REQUEST

| | |
|--|--|
| | INS |
| | COURT |
| | PHOTO COPIES |
| | USE OF TYPEWRITER |
| | HAIR CUT |
| | LIBRARY |
| | PHONE CALL |
| | PAY FOR CALL |
| | COLLECT CALL |

### MARQUE SU PEDIMENTO

| | |
|--|--|
| | IMMIGRACION |
| | CORTE |
| | FOTO COPIAS |
| | USO MAQUINA DE ESCRIBIR |
| | RECORTE DE PELO |
| | BIBLIOTECA |
| | LLAMADAS TELEFONICAS |
| | LLAMADA A PAGAR |
| | LLAMADA POR COBRIR |

TIME/DATE STAMP

Telephone number/Numero de telefono: CAPT HARRISON

DETAILS/
DETALLES: SIR- As Per Our Conversation I am Requesting Extra Time in The Library to whenever necessary to complete legal tasks Required. I would ask that this time be (whenever possible Day or evening) I need approximately 3 hours per Day to complete my necessary work. My case load is always heavy and appelt tightens. Sir, Please ensure that I can have a total of 3hrs per Day. Thank you

Rev 9/96
Completed:   YES ___   NO ___   BY: ___   DATE: ___

Exhibit C3

## PARK COUNTY DETENTION CENTER  -  INMATE REQUEST FORM

INMATE REQUESTING: Jon Vaupel        DATE: 07/10/06  HOUSING: B4.

REQUEST: Alex - Sir Due To The Law Library issues Here at Park County or The Lack There of. I will Need To File For A 2ND Extention For My Opening Brief With The 10th Cir. I will Need a Letter verifying That I was Transfered To PCDC on 7th of June And That ICE Has Been, As Yet Unable To Supply Necessary Legal Materials with which To Complete My Brief Due 07/19/06.

OFFICER REPLYING: _____  DATE: _____

RESPONSE: _____

Distribution:  White - File      Yellow - Return to inmate with answer      Pink - Inmate
5539(9/99)

Exhibit C4

## PARK COUNTY DETENTION CENTER - INMATE REQUEST FORM

INMATE REQUESTING: _Jon Vaupel_  DATE: _08/07/06_ HOUSING: _F2_

REQUEST: _Sgt Jones - Maam, May I Please See You As Soon As Possible Regarding Library Issues Re: Time, Copies, Computers, Pens, Paper Etc We Have Been informed Again That our Library Time is To Be Cut Back Again. As You Know I Am About To File Class Actions Against ICE I am Sure This County Would Not Like To Be Involved Judging By The High Costs of Litigation And The Probable Out Come Of A Result In Our Favor._

OFFICER REPLYING: _____  DATE: _____

RESPONSE: _____

_____

_____

_____

_____

Distribution:  White - File     Yellow - Return to inmate with answer     Pink - Inmate

5539(9/99)

Exhibit C5

## PARK COUNTY DETENTION CENTER - INMATE REQUEST FORM

INMATE REQUESTING: Jon Vaupel    DATE: 08/25/06    HOUSING: B3.

REQUEST: Ms Ellis - Maam I am in Need of Use of the Library For as Much Time as Possible on Both Saturday and Sunday of This Weekend, I have Seven Cases of My own That I am working and I can not Meet The Requirements of All With Just 1 Hour Per Day, My Future with My Son Depend on This, Your Consideration is Appreciated

OFFICER REPLYING: D. Ellis    DATE: 8/25/06    Thank You

RESPONSE: 1hr. at ICE library time and if the Sgt or Cpl will allow any extra time.

Distribution: White - File    Yellow - Return to inmate with answer    Pink - Inmate

5539(9/99)

EXHIBIT C6

## PARK COUNTY DETENTION CENTER - INMATE REQUEST FORM

INMATE REQUESTING: Jon Voupel    DATE: 10/10/06    HOUSING: E2

REQUEST: Mr Ellis — Today I noticed You Removed My Password From The Computor, Some inmate went into My Files and Made A Mess I Have Fixed It Somewhat After Many Hours, For Some Reason There is A Problem Backing These Files up To My CD's Everytime I Try Files Are Deleted of The CD's Therefore Could You Please Leave My Password Until I Am Able To Fix This Problem Else ☹ Otherwise Years of Work Will be Lost Once I Have Fixed It I Will Remove All My Files From The Computor. Finally The Printer Is Now Out Of Toner Could You Please Replace This Cartridge Thank You

OFFICER REPLYING: _____    DATE: _____

RESPONSE: D Ellis - 10/20/06
I will let you deal with this — Do you need another CD's?

Distribution:   White - File      Yellow - Return to inmate with answer      Pink - Inmate

5539(9/99)

EXHIBIT C7

## PARK COUNTY DETENTION CENTER - INMATE REQUEST FORM

INMATE REQUESTING: Jon Vaupel     DATE: 07/03/06   HOUSING: B4

REQUEST: The Law Library here is Below Sub Standard and Does Not Meet Minimum Requirement of bounds. It is the Responsibility of the Transfering Facility to Make Sure Law Library Meets minimum Requirements for Transfered Inmate, These Law Library Requirements Need to Be Brought up to the Minimum Standard within Seven Days or a Class Action Laws Suit Involving

OFFICER REPLYING: Inmates and the ACLU will Be Filed To Ensure This Takes Place    DATE:

RESPONSE: ICE is Hereby Put on Notice, Necessary For Exhausting Remedies.

A. Almeida

The matter is being addressed and new books are being ordered.

Distribution: White - File     Yellow - Return to inmate with answer     Pink - Inmate
5539(9/99)

Exhibit C8

August 27, 2006

**PARK COUNTY JAIL**
**INMATE RESOLUTION REQUEST "GRIEVANCE"**

| OFFENDER NAME Jon Vaupel | SUBJECT OF GRIEVANCE LIBRARY ACCESS |
|---|---|

WHAT IS THE BASIS OF YOUR COMPLAINT (BE SPECIFIC AND BRIEF):

As Per These New "Unworkable" Rules Regarding Access To The Law Library Being 1 Hr. Per Day Per Person our Kites Requesting Access Upon Return That we are Granted 1 Hr. Between The Hours of 8pm To 4am - 1st Day of implementation 6 People Requested Library Access only 2 were Granted Access Between 9:30 pm And 11:30 pm - 2ND Day 8 People Requested Access 8 People were Granted Access But only 3 People Actually Got Access Between The Hours of 9:30 pm and 12:30 am - 3RD Day (Today) 2 People Requested Access 2 People Granted Access Including Myself Yet Only 2 People Were Permitted Access (Not The Same 2 People Granted) These 2 People Being over Flow From The Day Before Do The Sums 1st Day 2 people Granted + 2ND Day 8 People Granted + 3 Day 2 people Granted Total 12 Hrs needed, Actual Hours Permitted 5 Hrs Total Between 12 People IN 3 Days. I have 3 Kites Granting Me 3 hours Access over 3 Days But Have Received 2 Hrs. on Top of All of This I am Told That Tomorrow I can only have 1 hour as Per The Lt's instructions meaning That Even Though I Have Requested These Hours Have Been Granted These Hours, Because Certain Officers Are Playing "Hard Ball" And Abusing Their Discretion At My Expense For Their own Enjoyment, I am To Lose Those 3 Hours I Have Been Granted when as There Is only 2 of us Going To The Library Tomorrow, There Is NO Reason Why These 3 hours Missed Could Not Be Made Up Tomorrow. I Find This Abuse of These "New" Library Rules Highly Unexceptable And Unless This Is Resolved Immediately, I Will Seek Judicial Review. By Officers                                                                          Thank You

STAFF RESPONSE: SPECIAL Note To Lt Muldoon - Sir I am Afraid I Don't Understand, Several of your Officers Seem To Find This All Very Amusing At our Expense, Sir Do You Condone Their Promoting un Rest Bordering Provocation or Would You Prefer This Center Run in an orderly Fashion

| STAFF SIGNATURE/PRINTED NAME | DATE |
|---|---|

WHAT WAS DECIDED (WITHIN POLICY LIMITATION):
_____ I AM SATISFIED WITH THE INFORMA RESOLUTION SHOWN ABOVE.

_____ I HAVE ELECTED TO FILE A STEP 1 GRIEVANCE (ATTACHED THIS FORM TO STEP 1 GRIEVANCE)

OFFENDERS SIGNATURE

HOUSING UNIT

EXHIBIT D1

Jon Vaupel #E2
Park County Detention Center
1180 County Road 6,
P/O Box 965
Fairplay, Colorado 80440

Sheriff Fredrick Wagener
Park County Sheriff's Office
1180 County Road 6
P/O Box 965
Fairplay, Colorado 80440

Dated: August 14, 2006

**Re: Statutory Notice Pursuant to C.R.S. 24-10-109**

Dear Sir,

I, Jon Vaupel as the Petitioner am regrettably writing you this letter of last resort, hereby placing you on 30 day NOTICE of my intention to file a Federal Class Action Law Suit pursuant to Fed.R.Civ.P. Rule 23, claiming Constitutional violations by staff and administrators of the Park County Detention Facility by denying all detainees housed at the Park County Detention Facility, meaningful access to the Courts by way of a meaningful and accessible Law Library.

I represent myself as the Petitioner on behalf of all detainees housed in the Park County Detention Center including but not limited to detainees at the Federal, State and County levels, and therefore firmly requesting that yourself Fred Wagener as the Sheriff of Park County and the Staff/Officers having authority over the day to day administration of the Park County Detention Center, establish, upgrade and maintain and effective Law Library as required by the minimum Supreme Court standards of _Bounds v. Smith 430 U.S. 817 (1977)_ and _Johnson v. Moore 948 F2d 517, 521 n2 (9th Cir. 1991)_ within 30 days of this Notice.

I the Petitioner having studied and practiced in Law, specializing in the field of Corporate Law Suits, having many years experience along with the vast knowledge of the minimum requirements of what constitutes to an adequate detention facility law library, categorically claim that the Park County Detention Center Law Library is of such a **sub standard** to the point of being **unmeaningful** by the minimum requirements, that I, the Petitioner, am compelled to address this issue.

As the Park County Detention Center is predominantly used as a Contract Detention Center, being that a majority of its bed space is leased out to Federal and State Prisons to "hold" Immigration and Department of Corrections Detainees, this

1

Exhibit D2

Facility is therefore legally required to meet the minimum requirements as set forth in the Federal Prison Regulation and Guidelines for Law Libraries and is extremely negligent in not doing so.

A complete inventory of all Law Books and Legal Materials along with their dates of currency and the workspace provided, being currently on hand in the Park County Detention Center Law Library, has been recorded and can be seen at **attachment A,** with a complete list of the necessary law book and legal materials as legally required by *Bounds & Johnson* and ICE can be seen at **attachment B.**

Furthermore to meet Constitutional requirements, each inmate/detainee **must** be permitted 10-12 hours of meaningful law library access per week and shall NOT be in replacement of recreation time, *Shango v. Jurich* 965, F2d 189, 291 (7th Cir. 1992) this however must remain flexible to increase necessary time requirements when detainees/inmates are required to meet Court deadlines, therefore to accomplish this, the Law Library must remain open a minimum of at least 12- 15 hours per day between the hours of 7 a.m. and 10 p.m. at night. *Guth v. Kangas, 773 F.Supp. 1309, 1371 (D.Ariz. 1988)* affirmed *951 F2d 1504 (9th Cir. 1991)* and to be effective the Law Library must be constantly manned by a dedicated Officer having completed a minimum of 60 hours (12-16 weeks) training in Paralegal Research and writing skills.

In addition to the Library Collection and access, the Law Library space and furnishings must also be adequate, this means that there **must** be sufficient room to house the vast collection of Law Books plus be furnished with enough table and chairs in enough area for inmates/detainees to study, write and produce legal documents. This requirement has been generally considered by the Courts for a Law Library to be adequate there must be enough seating and computers to equal five percent of the total inmate/detainee general population.

Therefore using this formula and considering that the Park County Detention Center hold approximately 230 inmates/detainees and any given time, it could then be assumed that the Park County Detention Center would be required to supply tables and chairs for at least 10-12 inmates at any given time, also if it is the intention of the Park County Detention Center Administrators to offer all the Law Books and Legal Materials electronically then it would be safe to say that a minimum requirement of 10-12 computers must also be supplied along with all the necessary legal software and printing requirements.

Furthermore to make this Law Library meaningful, all paper, printing, copying and writing supplies including but not limited to writing instruments (pens), paper, white out, tape, staplers and staples must be supplied FREE of charge and readily available to all inmates and detainees alike as per the minimum requirements.

Exhibit D3

Also NOTE: that the argument that this Facility being a County Jail is not required to meet the minimum requirements of *Bounds* and *Johnson* is a moot issue as the Fifth Circuit Court of Appeals, recognizing as much, has held in a series of strong opinions that inmates in local jails are entitled to the protections of the *Bounds* holdings as well. These opinions recognize that inmates are in jail "for a variety of reasons" other than just awaiting trial, thus there is no assurance that they will have independent access to counsel. As noted in <u>*Hooten v. Jenne*, 786 *F2d 692, 696 (5th Cir. 1986)*(noting that inmates are in jail for many reasons, including being **Federal Prisoners** and people seeking Post-Conviction relief, and therefore many do NOT have the assurance of having legal counsel)</u>. See also <u>*Browning v. Manning*, 630 F. Supp. 391 (ED Wash. 1985)</u> (<u>*Bounds* applies to local jails and inmates confined for more than three days must be provided with adequate law library</u>). Therefore relating this decision to the Park County Detention Center, it is also a fact that the majority of the detainees housed within this facility are either long contract term Federal Immigration Detainees or Post Sentenced State Correctional prisoners who no longer have access to appointed legal counsel.

Furthermore, the decisions accept the reality that many people stay for long periods of time in local jails, thus the Circuit has "**unhesitatingly called**" for the application of the holding in Bounds to jails as well as prisons, this is supported by a vast number of other Courts who have also followed this decision.

Additionally I, Jon Vaupel, hereby place the Park County Sheriff's Office on NOTICE that if these requests are NOT satisfactorily met, it is my full intention to file a Class Action Law Suit against this Facility to ensure that these inadequacies are rectified and furthermore if I am required to pursue this action further I WILL BE seeking financial damages of $150,000 for injuries and expenses sustained to me while in the custody and care of Park County by denying my Constitutional right to access to the Courts, BE SO ADVISED. Your Urgent Attention to this to this matter would be greatly appreciated. Thank You.

**PLEASE NOTE:** It is also my intention to address other issues lacking attention, these include, sub standard Medical Service, Shortage of Staff (supervising Officers) and Free Unmonitored Phone Access to all Embassies, Consulates, Courts, Attorneys and Relevant Government Departments.

Respectfully Submitted

Jon Vaupel #E2

3



# ATTACHMENT A

**Park County Detention Center Law Library Inventory**
**Law Books and Materials on Hand and Date Current Too.**

| | |
|---|---|
| Colorado Revised Statutes | - 2003 Volumes 1-13 |
| Prisoners Rights Handbook series | - printed 1983, volume 1 missing |
| Federal Habeas Corpus Practice and Procedure | - 1998 |
| Federal Rules of Criminal Procedure | - 2000 |
| Federal Rules of Civil Procedure | - 2000 |
| United States Code Annotated | - 1999 - Title 8 only, NO updates |
| Immigration Administrative Decisions | - 1940 to 1998 21 Volumes |
| Benders Immigration Reporter | - 1983 to 1999 22 Volumes |
| West Group Immigration Law & Crimes | - 2000 3 Volumes |
| Benders Immigration Regulations | - 2000 3 Volumes |

**Law Library Equipment**

1 Dell Computer and Printer containing Microsoft XP, Lois Law Criminal
   Plus non-functioning LexisNexis Immigration Software.
2 Tables
1 Chair
Room Size 12' x 15' equaling 180 square feet minus room taken by regular
   reading material being 78 square feet, total remaining work area 102 square
   feet.

Exhibit D5

# ATTACHMENT B

**Park County Detention Center Law Library Inventory**
**Required Law Books and Materials to be on Hand by *Bounds, Johnson* & ICE**

United States Code Annotated Titles 8, 18, 28, 36-37, and 42.
Supreme Court Reporters from 1960 to date
West's Federal Practice Digest 2d and 3d and 4th to date
Seven volumes of Federal Practice and Procedure – Criminal and Immigration
Federal Reporter 2d from 1970 to date
Federal Supplement from 1970 to date
Federal Rules of Civil Procedure and Criminal Procedure – to date
Federal Rules of Evidence
United States Supreme Court Reporters 2d series volume 1 to date
Shepard's United States Citations to date
Shepard's Federal Citations to date
United States Law Week from 1985 to date
Colorado Revised Statutes to date
Charles A. Wright – Federal Practice and Procedure to date
Lester B. Orfield – Criminal Procedure Under Federal Rules 1985 to date
Richard A. Givens – Manual of Federal Practice to date
Robert L. Stern et. al. – Supreme Court Practice: Practice in Supreme Court of the
        United States 6ed. to date
James S. Liebman – Federal Habeas Corpus Practice and Procedure to date
Michael H. Graham – Federal Rules of Evidence in a Nutshell 2ed. to date
Thomas Hutchinson & David Yellen – Federal Sentencing law and Practice to date
Special Interest Section – American Association of Law Libraries, Recommended
        Collection for Prison and Jail Law Libraries to date.
Constitution of the United States
Code of Federal Regulations – Titles 8, 18, 28, 36-37, and 42
Benders Immigration and Nationality Act Service – updated monthly
Benders Immigration Regulations Service – updated monthly
Administrative Decisions under Immigration and Nationality Laws - 20 volumes
Administrative Interim Decisions under INA - #3243 to date
Immigration Law and Defense, by National Lawyers Guild – updated yearly
Immigration Law and Crimes, by National Lawyers Guild – updated yearly
Guide for Immigration Advocates – regularly to date
Country Reports on Human Rights Practices – updated bi annually
Human Rights Watch – World Report updated annually
UNHCR Handbook on Procedures and Criteria for Determining Refugee Status

EXHIBIT D6

Considerations for Asylum Officers Adjudicating Asylum Claims from Women
Immigration and Naturalization Service Basic Law Manual
Lawyers Committee Handbook on Representing Asylum Applicants
Right of Prisoners to date – 3 volume set
Federal Habeas Corpus Practice and Procedure
Federal Civil Judicial Procedure and Rules
United States Code Title 28 Rules, Appellate Procedure Pamphlets Vols 1-2
Federal Criminal Code and Rules
Legal Research in a Nutshell by Morris L. Cohen to date
Legal Research and Writing: Some Starting Points by William P. Statsky
Black Law Dictionary current edition
Spanish-English Law Dictionary by Solis
Directory of Nonprofit Agencies that assist persons in Immigration and Criminal
    Law Matters
Other Translation Standard and Law Dictionaries for all nationalities being housed
Detainee Handbook and Detainee Orientation Materials
Self Help Materials provided by outside organizations
Telephone Books (White and Yellow) for Local and nearby Metropolitan (Denver)
Benders Immigration Case Reporter – volumes 1-11 updated monthly
Benders Immigration Magazine – updated monthly
Immigration Interpreters Release – updated monthly

**Law Library Equipment and Area Required by Law or Contract**

Tables and Chairs – seating 10 people
Minimum of 10 additional Computers
Copy Machine in Law Library (Free Access)
Writing Implements (Regular Pens)
Writing Tablets
Non Toxic Liquid Paper (White Out)
Access to Binding of Legal Documents
Required area to house Law Book Collection, Table, Chairs, Computers and
    Equipment – approximately 600 square feet

Exhibit E

# PARK COUNTY DETENTION CENTER - INMATE REQUEST FORM

INMATE REQUESTING: Jon Vaupel   DATE: 10/17/06   HOUSING: E2

REQUEST: Mail Officer — Could you please send this legal mail out by 'Certified' Mail to ICE in Washington DC. Could you please give me photocopy of Certified slip and as I am indigent send it out free. Thank you

[Signed] 10/18/06

$3.27

---

****** RESIDENT COPY ******

Receivable Charge
Receipt # C331

Park County Jail
10/18/2006 14:58:19
ST 003 / OPR SAA

VAUPEL,
JON S

OCA # or DOC # : 0008466
Date of Birth : 07/20/1962
Location :

Postage -    Old Bal :    $94.71
             Charged :   + $3.27
             Collected : - $0.00
             New Bal :    $97.98
             Comment : Postage

Total Collected :    $0.00

Debt Balance :           $167.48
Commissary Balance :       $0.00

Sig

---

Total Collected :   $0.00

Comment : Postage
New Bal    $97.98
Collected : - $0.00
Charged :  + $3.27
Postage -   Old Bal :   $94.71

E e 3

Location
Date of Birth : 07/20/1962
OCA # or DOC # : 0008466

JON S
VAUPEL,

ST 003 / OPR SAA
10/18/2006 14:58:19
Park County Jail

Receipt # C331
Receivable Charge

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20536    0192

| | | |
|---|---|---|
| Postage | $ $0.87 | 04 |
| Certified Fee | $2.40 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | $0.00 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | 10/18/2006 |
| Total Postage & Fees | $ $3.27 | |

Sent To  Todd Thurston/Acting Director
Street, Apt. No.; Post Order Dept Just HQ0PA
or PO Box No.  Immigration & Customs
              4251 Street N.W. St. 800
City, State, ZIP+4  Washington DC 20536

PS Form 3800, June 2002        See Reverse for Instructions

7006 0100 0000 5275 9740

Exhibit F1

# AFFIDAVIT OF JOSE ZAMORANO-VASQUEZ

I, Jose Zamorano-Vasquez, currently incarcerated by the United States Immigration and Customs Enforcement ICE and being housed at the Park County Detention Center at 1180 County Road 6, P/O Box 965, Fairplay, Colorado 80440,

## BEING DULY SWORN AND SAY:

1. I was born on April 2, 1972, in the Village of Aldea Chacaj, in the State of Munisipio Nenton de Partamento Gueguetenango, in the County of Guatemala and am a Citizen of Guatemala.

2. My "A" number is A72-515-816; my Social Security no. is 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.

3. I am 34 years of age. I am making this affidavit in support of my claims of misconduct, failure to give timely and adequate medical care and overall violations of my civil rights by Officers and Medical Personnel of both the Park County Detention Center in Fairplay, Colorado, and GEO/ICE Detention Facility in Aurora, Colorado.

4. I, Jose Zamorano-Vasquez categorically state that following:
   On January 7, 2005, I was arrested by Immigration and Customs Enforcement (ICE) Officers at the Paris Street Immigration Office in Denver, Colorado and transferred to the GEO/ICE Detention Center in Aurora Colorado. I remained at the GEO/ICE Detention Center until May 31, 2006, where I was transferred to the Park County Detention Center at 1180 County Road 6, Fairplay, Colorado 80440, along with other detainees to be detained there under an immigration process.

5. In May of 2005, while still in the physical custody of ICE at there GEO/ICE Detention Facility in Aurora, Colorado, I began experiencing moderate to severe pain in the lower center of my abdomen which radiated through to my back, along with severe diarrhea and vomiting. I was seen too by the nurse who gave me Prilosec and Mylanta however these symptoms continued. Five days later I was examined by the visiting doctor Garlic who diagnosed me as having some form of reaction to the facility food but no changes to my diet were made. These symptoms continued off and on for the next 17 months, I complained numerous times during this period but every time I was told I am having some sort of reaction to my food and that there was nothing they could give me other than what was already being issued, this being Prilosec, Mylanta and Pepto Bismol.

1

EXHIBIT F2

6. On May 31, 2006, after dealing with these continuing symptoms for over a year now, I was then transferred to the physical custody of the Park County Detention Center along with numerous other Immigration Detainees, to be housed under contract with ICE, as an ICE detainee at this Detention Center.

7. Upon my arrival at the Park County Detention Center, I was first booked in and then given a quick medical examination by the Detention Center Nurse. I explained my continuing symptoms which had escalated in severity, to Supervising Nurse Robin Phillips who informed me that I must fill out a Kite to see the Doctor on Thursday, being 3 or 4 days later. By that Thursday my symptoms had escalated to Severe Abdominal Pain, Diarrhea, Vomiting, chronic Headaches and extreme difficulty in breathing. Expecting to see the doctor, I asked when on that Thursday, would I be seen, I was informed that I had been put on the list but would not be seeing the doctor this week and that I would need to fill out another Kite to see the doctor the following week.

8. I was in so much pain, **I felt like I was going to die**, I needed help immediately and informed Nurse Robin of the severity of my condition who informed me to just drink more water along with given me Tylenol and was told again to complete another Kite for the Doctor. Therefore I completed another Kite for the Doctor so that I could be seen the following week.

9. During that next week I suffered continually from the same symptoms, I kept telling the nursing staff that I need to go to the hospital and that I thought I was going to die, I was told to drink more water along with Mylanta and Pepto Bismol twice a day. That following, week on the Thursday, the doctor again came to the Park County Detention Center, by this stage, I could barely get out of bet, I could not eat or drink, I was extremely weak, finally expecting to see the doctor I was devastated to find out that I had not been placed on the list to see the doctor this week, I was in such a bad state that I did not believe I would be able to make it another week.

10. I made it through the weekend, but I don't know how, then on the following Monday, the ICE Officer Jessica McInish made her weekly visit at which point one of the other Detainees Baltazar Sosa sought the immediate help of this Officer, after coming to see me, she realized something was seriously wrong and said that she would go and see medical immediately and have me treated, after talking to Senior Nurse Phillips, she became immediately aware of the fact that the Medical Department of the Park County Detention Center had no intention of giving me any serious treatment for my condition other than what they had already been giving me being Tylenol, Mylanta, Prilosec and Pepto Bismol, finally I was transferred later that week, on July 31, 2006, back to the GEO/ICE Aurora Detention Facility for further medical treatment.

2

Exhibit F3

11. Once arriving at the GEO/ICE Detention Facility, I was examined again by a nurse who told me that I would need to fill out another Kite to see the doctor later in the week. For the next two days I continued to be so sick I thought I was dying, I asked to see the nurse several times for help and was told that they could not give me anything other than Mylanta and Milk of Magnesia because my medical file was in storage, finally when I was lying on the floor, doubled up in pain, crying an vomiting all at the same time, a GEO Officer took me back to the medical department where It was finally decided that maybe someone should take me to the emergency room at the local hospital.

12. Finally I was taken to, what I believe to be the Centennial Medical Center on August 1, 2006, once there, I was immediately examined, it was determined that I had a Gallstone Problem and was sent for immediate x-ray's, from these the medical staff were able to determine that I had several Gallstones, one of which was blocking the Byle duck in my Gall Bladder and that my Gall Bladder was so enlarged that it was ready to catastrophically rupture at any moment.

13. Within minutes I was prepped and rushed to the ER for emergency surgery, the last thing in remember was the Emergency Staff forcing a tube down my throat before the general anesthetic had kicked, as I was told later that my situation was life threatening and that every seconded counted and that is why they could not even wait for the anesthetic to kick in before they started.

14. I underwent Emergency Surgery for I believe to be 10 hours during which time my Gall Bladder did burst causing further severe damage to my pancreas, the Medical Staff immediately removed my Gall Bladder and tried to repair that other damage to my pancreas. Upon completion of the surgery I was taken to the Intensive Care Unit in Critical Condition where I spent 2 weeks under 24 hour medical staff surveillance.

15. When I awoke from the surgery I was terrified, I did not understand what had happened, I had all theses different tubes coming out of every direction of my abdomen along with tubes going into my arm, plus I had six holes in my abdomen. I was so sick but at least I was being treated. Several Days later, when I was strong enough to be able to talk and speak to the doctor who performed the surgery, I asked what had happened, he informed me that I was very lucky to be alive and that I had almost died on the operating table, he also told me that if I had waited another 12 hours I would have been dead for sure because once my Gall Bladder had burst without immediate surgery, I would have died within a very short period of time, but apart from this I was not told anything more under instructions from the Supervising GEO/ICE Officer that was station in my room.

3

EXHIBIT F4

16. I was taken out of Intensive Care after about 2 weeks and was transferred to a regular ward for further medical supervision for another 4 weeks after that, I was told that this was necessary due to the seriousness of my condition. I was still extremely concerned about my well being as I still did not have a full understanding of what had happened and what was going on as I only speak and understand limited English due to the fact that I am from Guatemala and Spanish is my first language, I asked for an interpreter so that I could find out everything that was happening, but I was told by the GEO/ICE Officer that one would not be provided and that I was not allowed to received any visitors or family while at the hospital.

17. This issue of what had happened to me was even more devastating for my Wife and family, as they had no idea that I had been taken to hospital. The GEO/ICE Facility did not call my family to inform them of what had happened and I was not permitted to make any phone calls from the Hospital, meaning that during the entire 6 weeks that I was in Surgery, Intensive Care and Supervision, my wife and family were told NOTHING, in fact, they were not even aware that I was not at the ICE facility until I stopped calling them obviously because I was so sick in Intensive Care. Finally my Wife persisted in her calls to the Detention Facility and after nearly a week she was finally told that I was in hospital, that I was alive and stable buy that is all they would tell her. My Wife was frantic, she still had no idea where I was or what was going on other than what they had told her, my wife tried to get more information from GEO and ICE but was told nothing until I was able to tell her myself after I left the Hospital and returned to the GEO/ICE facility 6 weeks later.

18. I finally left the Hospital and returned to the GEO/ICE Detention Facility on September 6, 2006, I remained in the Medical Facility at the Ice Detention Facility until my transfer back to the Park County Detention Facility on October 3, 2006. While still at the ICE Facility I was told that I was scheduled for a Doctors appointment on October 5, 2006, and that I was to receive a CAT Scan in about two to three weeks, however, without warning, on October 3, 2006, I was told to pack up my property and was transferred back to the Park County Detention Center, without seeing the doctor scheduled for October 5, 2006, an appointment that I have now discovered to have been very essential as I am now having problems with puss, considerable pain and discharge coming from the surgery scars.

19. I have spoken to the Medical Staff here regarding everything that I have gone through and am now still going through, but all of the Officers or Medical Staff at this Park County Facility have refused to comment on how they handled my situation, plus I have sought further medical treatment here for the discharge and infection from my wounds yet I was told that this is normal and have not

received any further medical treatment since arriving back here at the Park County Detention Center. Today I started experiencing serious pain and again vomiting yet again today I was told that as this was Columbus Day, nobody was on duty to help me so therefore I would have to submit another Kite to see the Doctor later in the week. It is quite obvious to me that these people at the Park County Detention Center have absolutely NO regard for my medical well being and had I not been transferred back to the GEO/ICE Detention Facility in Aurora Colorado when I did, I know I surely would have died.

*I affirm that I know the contents of this affidavit signed by me and the statements herein are true and correct.*

**STATE OF COLORADO**    )
                         ) ss.
**IN PARK COUNTY**       )

Jose Zamorano-Vazquez
**Jose Zamorano-Vasquez #E1**
**Park County Detention Center**
**P/O Box 965,**
**Fairplay, Colorado 80440**

Subscribed and sworn before me this 9th day of October, 2006, By Jose Zamorano-Vasquez. Witness my hand and Official Seal.

My Commission Expires: _8/05/09_ ,

_____
Notary Public

_____
Official Seal

5

Exhibit G

## PARK COUNTY DETENTION CENTER - INMATE REQUEST FORM

INMATE REQUESTING: _Jon Vaupel_    DATE: _08/25/06_ HOUSING: _E2_

REQUEST: _MEDICAL / DENTAL - NEED TO SEE DENTIST FOR BROKEN TOOTH_
_GINGERVITIS AND GENERAL DENTAL CARE_
_IN CUSTODY FOR 2 YEARS_

_THANK YOU_

OFFICER REPLYING: _____    DATE: _____

RESPONSE: _Your name is on the list_

Distribution:  White - File     Yellow - Return to inmate with answer     Pink - Inmate

5539(9/99)

Exhibit H1

Khalid Agina #E9
Alien No. A71-851-903
Park County Detention Center
P/O Box 965,
Fairplay, Colorado 80440
Phone (719) 836-4370

**Attn- John Good**
**Asst- Field Office Director**
Immigration and Customs Enforcement
4730 Paris Street,
Denver, Colorado 80239

Dated: October 20, 2006,

## Re: Medical Abuse at the Park County Detention Center

Dear Mr. Good,

Sir, I am writing you this letter purely out of disgust by the way I was treated by the Officers and Medical Staff of the Park County Detention Center, last week when I needed some urgent medical/dental attention on October 11, 2006 regarding an extremely painful and bleeding tooth.

For the last couple of weeks I have been writing Kites to medical to get some urgently required dental care for a badly infected tooth and gum with absolutely no response other than on ONE KITE where they state that I am on the list event though I informed them of the URGENCY.

Finally Wednesday of last week (October 11), I could NOT stand the pain anymore plus my gums started bleeding badly, so after a couple of denials by officers I finally made a demand to Corporal Theobold that I be taken to medical, once there the nurse looked in my mouth and stated that I needed to see a dentist but they don't have anybody that can do any emergency dental work, in fact she then stated that the dentist down the street that they use is about to retire so they wont have a dentist at all, anyway frustrated and in pain, I told the nurse that if they wont help me I will pull out the tooth myself, the nurse told me that she did not have any pliers but instead gave me a pair of tweezers, I then tried this but of course this did not work, then she gave me long compound type of surgical scissor and said try this and if this does not work I can get you pliers from the maintenance room.

I tried to use these surgical scissors but only ended up breaking my tooth to pieces causing even more excruciating pain. Now I was very upset that I have had to try and do this myself, as I knew an ICE officer was coming to Park County that day I requested that they call ICE and have me taken back the ICE/GEO facility immediately where I could at least get the proper dental treatment that I needed. Park County Officers refused to do this but finally the called the dentist down the street, the dentist was able to find me an appointment within a couple of hours so finally I was taken there and treated properly where I had 3 teeth removed.

Exhibit #2

Also I noticed the list of ICE Detainees waiting to see the dentist, on the wall in the medical room at Park County, and I swear, that that list has not changed since I was last in that room a few months ago which tells me that Park County has NO intention of treating anyone but just puts their name on the "LIST".

While I was at the dentist, there was NO ONE else there, NO one in the waiting room, NO ONE anywhere, so when I enquired about how busy he was the dentist told me that he has been very quiet lately which made me mad because that tells me that Park County have NO intention of treating anyone probably because they don't want to pay the money.

If we are to be housed up here, we should at least be able to expect at least medical care that we get back at the ICE/GEO facility in Aurora, instead we get nothing here, does someone have to die before ICE finally does something to correct these terrible conditions that we must endure, medicals answer to every thing is "Drink More Water", I swear that is all they tell us, they will not give us any dental, virtually non existent medical plus I have been trying to see a Psych Doctor for months along with half the others here, who are all on Psych medication as prescribed by Dr. Zachy which is supposed to be constantly monitored yet these people don't care if they have detainees running around on unmonitored Psych medication. Please try to do something to fix these injustices here before it is too late.

Mr. Good, things are all adding up and it is not acceptable. The problems included No religious supplies as discussed in another letter, we can not hold our Ramadan services on Fridays unless we do it outside and we cant do that because it is snowing out there, we have no decent Medical, No Dental, No Psych Doctor meaning my Psych meds have not been monitored for months. Finally the expense of being up here is outrageous, can you believe I have spent over $8,000 in just 3 months, and I have $5,000 more coming, it costs me $30 just to speak to my mother for 14 minutes plus it costs me $5 for 4 minutes which I have to do regularly just to run my business while you people keep my locked up here.

As previously stated you know I am contacting you first purely out of respect so that you may have the opportunity to correct these injustices, please also realize that you know personally, that if need be, my family has the funds to hire the best civil attorneys however I hope that it does not have to come to that, therefore I hope you will bring me back to GEO so that I don't have to deal with this any longer.

Also could you please give me your personal phone number or at least call me here on the above number so that I may discuss this and several other important issues. Please know that any urgent consideration you could give me in this desperate matter would be greatly appreciated. THANK YOU.

Yours Sincerely, _____

Khalid Agina #E10



## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### OFFICE OF THE CLERK

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj United States
Courthouse
901 19th Street
Denver, Colorado 80294
Phone(303) 844-3433
www.cod.uscourts.gov

This is the best quality copy of the following document.

Clerks Office
United States District Court

Exhibit I1

## PARK COUNTY DETENTION CENTER - INMATE REQUEST FORM

INMATE REQUESTING: _Jon Vaudel_     DATE: _06/14/06_   HOUSING: _84._

REQUEST: _Medical ~ Could I Please See The Nurse or Doctor About Several Medical issues That Need to Be Resolved Your Help is Appreciated._

OFFICER REPLYING: _Nurse_     DATE: _____

RESPONSE: _You may speak to any of the nurses to med pass or if you need to see the Dr. let the nurse know_

Distribution:  White - File    Yellow - Return to inmate with answer    Pink - Inmate
5539(9/99)



## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
#### OFFICE OF THE CLERK

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj United States
Courthouse
901 19th Street
Denver, Colorado 80294
Phone(303) 844-3433
www.cod.uscourts.gov

This is the best quality copy of the following document.

Clerks Office
United States District Court

Exhibit I2

# PARK COUNTY DETENTION CENTER - INMATE REQUEST FORM

INMATE REQUESTING: KWALENA ESSUMAN   DATE: 8-30-06   HOUSING:

REQUEST: I request to see the doctor. I have chest congestion, coughing, chills and headache.

OFFICER REPLYING: T Phillips RN   DATE: 9-10-06

RESPONSE: There is a virus injection going around - talk to nurse at med pass.

Distribution: White - File   Yellow - Return to inmate with answer   Pink - Inmate

5539(9/99)

Exhibit I3

10-16-06

Kwabena   ESINMAN - A77-779412

I have requested to see the doctor on three occasions but to no avail. I have been here in Park County detention for five months. My brothers call from Belgium and Canada they are a were not allowed to talk to me not even a message was sent to me. I'm cut off from my family. I cannot call outside U.S.A as the phone system here is so expensive.



# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### OFFICE OF THE CLERK

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj United States
Courthouse
901 19th Street
Denver, Colorado 80294
Phone(303) 844-3433
www.cod.uscourts.gov

This is the best quality copy of the following document.

Clerks Office
United States District Court

EXHIBIT I4

Att'n Medical Department.

# PARK COUNTY DETENTION CENTER - INMATE REQUEST FORM

INMATE REQUESTING: Ameroti Alquube _____ DATE: 101506 _____ HOUSING: E 12

REQUEST: To the medical personnel that have being replying my kites. I have written four kites about my medical condition. Without physical medical examination you ~~have~~ recommend water for my treatment (migrane headache, bloody nose etc.) I wonder if this is a personal issue or my color or race issue? Please, may I have my full medication as perscribed from Colorado. Thanks.

OFFICER REPLYING: _____ DATE: _____

RESPONSE: _____
_____
_____
_____
_____
_____

Distribution:  White - File      Yellow - Return to inmate with answer      Pink - Inmate
5539(9/99)



# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### OFFICE OF THE CLERK

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj United States
Courthouse
901 19th Street
Denver, Colorado 80294
Phone(303) 844-3433
www.cod.uscourts.gov

This is the best quality copy of the following document.

Clerks Office
United States District Court

EXHIBIT J1

Medical

## PARK COUNTY DETENTION CENTER - INMATE REQUEST FORM

INMATE REQUESTING: ALFREDO FARINAS PEREZ   DATE: 0910   HOUSING: E9 T

REQUEST: NURSE. Ro REQUEST TO SEE NURSE OR DOCTOR
ASAP! ABOUT INFECTED INGROWN TOE NAIL I
WANT TO TO BE TAKEN OUT, THANK YOU!

OFFICER REPLYING: _____   DATE: 9-11-06

RESPONSE: Your name has been placed on Dr's list - there will be
a $10⁰⁰ charge

Distribution:  White - File      Yellow - Return to inmate with answer      Pink - Inmate

5539(9/99)

**EXHIBIT J2**

OFFENDER NAME Alfredo Perez     SUBJECT OF GRIEVANCE Refusal of Medical Help.

WHAT IS THE BASIS OF YOUR COMPLAINT (BE SPECIFIC AND BRIEF):

I originally put in a medical kite regarding my infected big toe on Sept. 10 the return kite stated that I would be placed on the list to see the doctor for that thursday at a cost of $10.00 however we are supposed to receive free medical being from ICE. when I addressed this issue later I was never taken to see the doctor, I requested again to see the doctor this week, I showed officer Baker my black toe he got the nurse immediately who looked at it gave me a foot bath and told me that I would see the doctor thursday (today) to have the nail removed and my foot treated. today I was told that the doctor was not going to see me and that they were NOT going to remove the infected nail and that they are NOT going to treat my infected toe that is now BLACK in color swollen and extremely painfull to the point that I cannot sleep. I am told the only treatment I am going to get is salt water foot baths which is totally unacceptable given the seriousness of the problem.

09/21/06.

STAFF RESPONSE:

STAFF SIGNATURE/PRINTED NAME                                    DATE

WHAT WAS DECIDED (WITHIN POLICY LIMITATION):
_____ I AM SATISFIED WITH THE INFORMA RESOLUTION SHOWN ABOVE.

_____ I HAVE ELECTED TO FILE A STEP 1 GRIEVANCE  (ATTACHED THIS FORM TO STEP 1 GRIEVANCE)

_____
OFFENDERS SIGNATURE

_____
HOUSING UNIT

Exhibit J3

# PARK COUNTY DETENTION CENTER - INMATE REQUEST FORM

INMATE REQUESTING: ALFREDO FARINAS-PEREZ       DATE: 09/25/06   HOUSING: E13

REQUEST: ICE OFFICER — I HAVE HAD AN INFECTED FOOT FOR 3 WEEKS NOW MY BIG TOE IS SO INFECTED IT IS STILL BLACK IN COLOR, I GOT TOLDED A WEEK & HALF AGO, THAT THEY WOULD REMOVE MY TOE NAIL AND FIX IT, THE DAY THE DOCTOR CAME I GOT TOLD SHE DOESN'T DO THAT SOUGHT OF THING I NEVER SAW THE DOCTOR AND WAS TOLD TO JUST SOAK MY FOOT IN SALT WATER.

OFFICER REPLYING: A. Almeida       DATE: FIX THIS PLEASE  10/04/06

RESPONSE: You will need to consult with the medical staff with regards to this issue.

Distribution:  White - File       Yellow - Return to inmate with answer       Pink - Inmate

5539(9/99)



# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### OFFICE OF THE CLERK

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj United States
Courthouse
901 19ᵗʰ Street
Denver, Colorado 80294
Phone(303) 844-3433
www.cod.uscourts.gov

This is the best quality copy of the following document.

Clerks Office
United States District Court

EXHIBIT J4

## PARK COUNTY DETENTION CENTER - INMATE REQUEST FORM

INMATE REQUESTING: _Alfredo Farinas-Fratz_   DATE: _10/09/06_   HOUSING: _E 16_

REQUEST: _Urgent Officer Almeida - I Am Not Receiving Any Medical Treatment From Park County For My Seriously infected foot. I Have Filed Numerous Kites And Grievances To No Avail. My Foot is Serious infected Black in Color 4 others Nows Serious Pain. Please Take Me To GEO Tomorrow So I may Received Medical Treatment This Is Extremely Urgent_ _____

OFFICER REPLYING: _____   DATE: _____

RESPONSE: _____

_____

_____

_____

_____

Distribution:  White - File     Yellow - Return to inmate with answer     Pink - Inmate
5539(9/99)

EXHIBIT J5

## PARK COUNTY JAIL
## INMATE RESOLUTION REQUEST     10/12/06

OFFENDER NAME Alfredo Farinas Perez   SUBJECT OF GRIEVANCE   Lack of Medical Care

WHAT IS THE BASIS OF YOUR COMPLAINT (BE SPECIFIC AND BRIEF):

Sir/Maam - Today Finally I got to see The Doctor about my Badly Infected Foot and this is after weeks and weeks of writing kites and complaining to the Nurses. Well Now I am very upset after waiting so long To to Finally see The Doctor Today she Looked at my Foot and Saw that my Big Toe is Black with infection and I explained to her that I have been extreme Pain and after Looking at she said that my Toe Nail Need to be Removed and the infection treated and then straight after this the Doctor then said that she couldnt remove my Toe Nail because Park County wont pay her to do this because it is a small Town and that I should wait until I go out onto the street (which could be months yet) and pay to have a doctor do it out there. What the hell is going on here you People are supposed to treat us when we need help. But for you it is all about money yet this one of the only county facilities in the state that makes a prophet due to selling bed space we are ICE detainees and you are responsible for our Health & safety yet you do nothing. Please Fix this Problem Immediately     Thank you

STAFF RESPONSE:

STAFF SIGNATURE/PRINTED NAME                                    DATE

WHAT WAS DECIDED (WITHIN POLICY LIMITATION):
_____ I AM SATISFIED WITH THE INFORMA RESOLUTION SHOWN ABOVE.

_____ I HAVE ELECTED TO FILE A STEP 1 GRIEVANCE  (ATTACHED THIS FORM TO STEP 1 GRIEVANCE)

                                            OFFENDERS SIGNATURE

                                            HOUSING UNIT

EXHIBIT J6

## PARK COUNTY DETENTION CENTER - INMATE REQUEST FORM

INMATE REQUESTING: _Alfredo Farinas Perez_       DATE: 10/11/06   HOUSING: E13

REQUEST: _ICE Officer Almeida - I sent you a kite and grievance regarding my infected foot. You responded by telling me to consult with medical here. I sent you this kite & grievance because we are not getting medical treatment here I have tried to seek_ TREATMENT _here numerous times but these people do nothing. We are ICE Detainee's so it is up to you to fix it or are you going to wait til I nearly die first like Zamorano. Fix it please_

OFFICER REPLYING: _____ DATE: _____

RESPONSE: _____

_____

_____

_____

_____

Distribution:  White - File     Yellow - Return to inmate with answer     Pink - Inmate
5539(9/99)



## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
#### OFFICE OF THE CLERK

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj United States
Courthouse
901 19th Street
Denver, Colorado 80294
Phone(303) 844-3433
www.cod.uscourts.gov

This is the best quality copy of the following document.

Clerks Office
United States District Court

Exhibit K1

## PARK COUNTY DETENTION CENTER  -  INMATE REQUEST FORM

INMATE REQUESTING: _Jon Vaudel_  DATE: _06/10/06_  HOUSING: _B4_

REQUEST: _Medical - When I was admitted yesterday the Nurse I saw I would be getting Naproxen & Tylenol but Neither where on my ~~medicine~~ Medicine List Last night I am in a lot of pain without it._

OFFICER REPLYING: _Nurse_  DATE: _6-10-06_

RESPONSE: _this oversight has been corrected - you are to receive naproxen 500mg twice a day - if it is not in your meds please request it at med pass_

Distribution:  White - File      Yellow - Return to inmate with answer      Pink - Inmate

5539(9/99)



## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
#### OFFICE OF THE CLERK

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj United States
Courthouse
901 19th Street
Denver, Colorado 80294
Phone(303) 844-3433
www.cod.uscourts.gov

This is the best quality copy of the following document.

Clerks Office
United States District Court

Exhibit K2

# PARK COUNTY DETENTION CENTER - INMATE REQUEST FORM

INMATE REQUESTING: _Jon Vaupel_     DATE: _06/13/06_  HOUSING: _B4_

REQUEST: _MEDICAL - I AM FROM THE ICE FACILITY WHEN I CAME IN_
_I GAVE MEDICAL HERE A LIST OF ALL MY MEDS, YET I AM NOT GETTING_
_EVERYTHING, ALSO I AM NOT SURE I AM BEING GIVEN THE RIGHT_
_DOSAGES AS I HAVE HAD AND STILL HAVE A SPLITTING HEADACHE AND_
_HAVE DONE SINCE I ARRIVED._

OFFICER REPLYING: _M. PHILLIPS  RN_     DATE: _6-18-06_

RESPONSE: _HEADACHES = Altitude — Drink lots of water. Rest._
_Elavil - at Night_
_Vistaril - at Night_
_Robaxin - at Night_
_Naproxen - Sorry for missed doses - will call med_

Distribution:  White - File      Yellow - Return to inmate with answer      Pink - Inmate

5539(9/99)

EXHIBIT K3

## PARK COUNTY DETENTION CENTER - INMATE REQUEST FORM

INMATE REQUESTING: Jon Voxpel          DATE: 10/23/06  HOUSING: E2

REQUEST: Medical — Could you Please Tell Me what is Going on
At Least Once A Week, Often More When I Get My Meds, They Are
Wrong or Frequently Not All There How Can We Fix This Problem
I Am Constantly Writing, Kites, Filing Grievances Etc But It Still
Continues To Happen, When Will This Problem Be Fixed Thank You

OFFICER REPLYING: _____  DATE: _____

RESPONSE: _____

_____

_____

_____

_____

Distribution: White - File     Yellow - Return to inmate with answer     Pink - Inmate

5539(9/99)

EXHIBIT L1

MEDICAL

# PARK COUNTY DETENTION CENTER - INMATE REQUEST FORM

INMATE REQUESTING: Wahab, KHALID          DATE: 10/15/06  HOUSING: E - 5

REQUEST: If you would please. I need a consultation with Psychiatric, for evaluation to my situation.

Thank you!

OFFICER REPLYING: M.Brown          DATE: 10/18/07

RESPONSE: See written Reply

Distribution:  White - File     Yellow - Return to inmate with answer     Pink - Inmate
5539(9/99)

EXHIBIT L2



Park County Sheriff's Office
**Detention Center**
**Inter-Office Memorandum**

To:  Detainees Abiodun, Pahlavi, Wamala, Lukanga, Haile, Essuman, Wahab, Temu

CC:  ICE file / detainees' file

From: Lt. Daniel Muldoon

Subject: Psychiatric evaluations

Date: Wednesday, October 18, 2006

---

Under the ICE Detention Standards Manual for *Medical Care, III Standards and Procedures* F:

- Inmate Request Forms must have not only the detainee's name, but also his A-number, sex, age, country of nationality and must be dated and signed. Your request does not contain the required information.

In section III J it states: "...the medical care provider for each facility will notify the OIC, using a Detainee special Needs Form (I-819), when a detainee has been diagnosed having a medical or psychiatric condition requiring special attention". This indicates that it is the responsibility of the medical provider for the Park County Jail to determine whether or not a psychiatric evaluation is necessary for a detainee or a "special" condition exists.

Your request is denied.

EXHIBIT M1

ICE/GEO MEDICAL

## PARK COUNTY DETENTION CENTER  -  INMATE REQUEST FORM

A# 3839585 7 / J 1393

INMATE REQUESTING: _WAHAB, KHALID_ DATE: _____ HOUSING: _____

REQUEST: _Please return my glasses. I sent it over 3 weeks ago to replace the fram only I must have my glasses, I can't see, fram is all is needed.    Thank you!_

OFFICER REPLYING: _____ DATE: _____

RESPONSE: _____

_____

_____

_____

_____

Distribution:  White - File     Yellow - Return to inmate with answer     Pink - Inmate

5539(9/99)

EXHIBIT M2

To: Medical / ICE / GEC

## PARK COUNTY DETENTION CENTER - INMATE REQUEST FORM

INMATE REQUESTING: Wahab, Khalid     DATE: 9/13/06   HOUSING: E-5

REQUEST: If you would please I would like to repleace my Broken glass fram. I must have my glass, your help is needed.

Thank you

OFFICER REPLYING: A. Almeida     DATE: 10/04 2006

RESPONSE: I took your glassed glasses to medical. If they are sent for repair, it may take a couple months.

Distribution:  White - File     Yellow - Return to inmate with answer     Pink - Inmate
5539(9/99)



### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
OFFICE OF THE CLERK

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj United States
Courthouse
901 19th Street
Denver, Colorado 80294
Phone(303) 844-3433
www.cod.uscourts.gov

This is the best quality copy of the following document.

Clerks Office
United States District Court

EXHIBIT N1

## PARK COUNTY DETENTION CENTER  -  INMATE REQUEST FORM

INMATE REQUESTING: _Christopher Lickmann_   DATE: _11-11-06_   HOUSING: _E1_

REQUEST: _I need some glasses I can't see please_
_some one help me_

_to medical_

OFFICER REPLYING: _____   DATE: _10-22-06_

RESPONSE: _medical does not provide glasses or eye exams -_
_however, you can have someone send glasses to you: have_
_them write "attention medical" on the package, as we need_
_to inspect them first._

Distribution:  White - File      Yellow - Return to inmate with answer      Pink - Inmate

5539(9/99)

10/15/06

my name is christopher Lukanga and am in need of glasses in the worse way. a doctor that Goc. told me that I had catrockes in my right eyes and that I need glasses imadetlly. when I asked to have me taken to the eye doctor GEO told me that I had to wait untrll 6 mouth. well before my 6 mouth was up they moved to the park county jail. how when I had got took to park county they said every thing would be the same medail and all. so when I got to the jail I asked to get my glasses so I could see because with out glasses I feel that my life is in danger i asked a Ms. Jones about getting me some glasses and this what she told me wyord for word in front of every body "who do you think this country jail is ready going to pay 35 dallays an hour to two officers just to take you to donvir and get some glasses do haste the money to do that were only here to hold you it not my problem of you need glasses" I have wrote kites

EXHIBIT O

# AFFIDAVIT OF VIRGLE DELL WATSON

I, **Virgle Dell Watson**, currently incarcerated as a County Inmate in the Park County Detention Center at 1180 County Road 6, P/O Box 965, Fairplay, Colorado 80440,

BEING DULY SWORN AND SAY:

1. I was born on **July 21, 1963**, in **Denver, Colorado** and am a Citizen of the United States.

2. My Social Security Number is SSN# 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.

3. I am 43 years of age. I am making this affidavit in support of action taken against the Park County Detention Center for the grossly abusive and inhumane way that Park County Official treats all their Detainees with regards to the lack of Medical Services.

4. I, **Virgle Dell Watson** categorically state that while I was incarcerated at the Park County Detention Center, while working as a trustee in the kitchen, I witnessed and read a official internal Park County Memo that had been left on a kitchen counter for Park County Kitchen Staff to read. This Memo, to the best of my memory read as follows:

   Date: September 15, 2006.
   From: Lt. Muldoon
   To: All Officers and Staff
   Subject: General Operations

   ".......I would like to thank all the Officers and Staff for their cooperation concerning the medical issues surrounding inmate _____ as we managed to transport him to Denver and into the custody of the Colorado Department of Correction in a timely manner before his death – 'We managed to dodge another bullet on this one'........."

5. This statement as published on this internal Park County Memo is a recollection to the best of my ability of the statements made by Lt. Muldoon in this Memo to Park County Staff.

*I affirm that I know the contents of this affidavit signed by me and the statements herein are true and correct.*

STATE OF COLORADO )
                                     ) ss.
IN PARK COUNTY       )

**Virgle Dell Watson**
Park County Detention Center
P/O Box 965,
Fairplay, Colorado 80440

Subscribed and sworn before me this 27th day of October, 2006, By Virgle Dell Watson. Witness my hand and Official Seal.

My Commission Expires: 8/05/09 ,

_____          _____
Notary Public                                          Official Seal

1



# COMMUNICATIONS

Kites: A "kite" is the term used in the Jail to identify the Inmate Request Form. If you have a problem, or need information, complete a "kite" and place it in the request box. Inmates shall keep the pink copy of the "kite'. "Kites" requiring routine or research will be answered as soon as possible. "Kites: which contain obscene language, derogatory statements or sexual connotations will not be accepted. You must be as thorough as possible when making your request. This will speed up the process of getting an answer.

# TELEPHONE



TELEPHONE CALLS: We will not take messages for you, with the exception of a verifiable death or birth in the immediate family, or a call from an attorney of record.

PERSONAL CALLS: Housing units have telephones for your use. These telephones will be used to make all necessary phone calls. Unit phones are "collect call" phones or the use of a phone card. A charge will be billed to the phone number you call. You have the option to purchase a calling card through accounting.

Because of a significant increase in un-collectable bills and fraudulent use of inmate telephone system, steps have been taken to curtail these activities. The Colorado Jail Association has agreed to measures to reduce fraud and still provide for the needs of legitimate calls. These measures include:
1. A fifteen-minute time limit has been placed on all calls.
2. Phone numbers being called will be blocked if there is any indication of potential fraud, possible non-payment, or harassment.
3. One hundred and fifty (150) attempts to a number in seven (7) day period will be automatically blocked, or when fifty (50) calls are denied. You are allowed seventy-five (75) accepted calls in a total of 600 minutes of talk time in a 7-day period. For long distance calls, the system allows forty (40) attempts to any one number per week; thirty (30) accepted calls to any one number, twenty-five (25) calls denied or six (6) hours of actual talk time.
If the number you are calling seems to be blocked, fill out an Evercom phone problem sheet, (do not use a kite), and send it to accounting.

LEGAL CALLS: Calls to your attorney are made collect from the housing unit. Inmates will be notified to call their attorney (collect) if their attorney calls and requests a return call.

PHONE CARDS: Phone cards are available for purchase. They are available in $5, 10, 15, 20 and $30 amounts. To obtain a phone card you must fill out money transfer form and place it in the Pod request box. There is a .50-cent a minute cost. Phone cards deliver daily except weekends, and holidays. Accounts debited must have sufficient monies to buy. If not, the next lower amount will be sold. No more than 3 of the same amount will be issued in one day. Keeping the card safe and secure is the responsibility of the inmate. GUARD YOUR PIN #. Gambling for phone cards will result in disciplinary action.

EXHIBIT Q1

****** RESIDENT COPY ******

PAK Order
Receipt # D17982

Park County Jail
10/16/2006 19:01:55
ST 004 / OPR 0101

WALAMA,
  MURPHY S

  OCA # or DOC # : 0009321
  Date of Birth  : 12/24/1968
  Location       :

| PAK  PAK NAME | QTY | SUB-TOTAL |
|---------------|-----|-----------|
| 2 Phone Card $10 | 1 | 10.00 |

| | Sub-Total | 10.00 |
|--|-----------|-------|
| | Tax | 0.00 |
| | Total | 10.00 |

Debt Balance :                    $0.00
Commissary Balance :             $57.00

****** RESIDENT COPY ******

PAK Order
Receipt # D18118

Park County Jail
10/19/2006 19:38:20
ST 004 / OPR 0010

WALAMA,
  MURPHY S

  OCA # or DOC # : 0009321
  Date of Birth  : 12/24/1968
  Location       :

| PAK  PAK NAME | QTY | SUB-TOTAL |
|---------------|-----|-----------|
| 2 Phone Card $10 | 1 | 10.00 |

| | Sub-Total | 10.00 |
|--|-----------|-------|
| | Tax | 0.00 |
| | Total | 10.00 |

Debt Balance :                    $0.00
Commissary Balance :             $37.00

****** RESIDENT COPY ******

PAK Order
Receipt # D17907

Park County Jail
10/13/2006 22:45:46
ST 004 / OPR 0010

WALAMA,
  MURPHY S

  OCA # or DOC # : 0009321
  Date of Birth  : 12/24/1968
  Location       :

| PAK  PAK NAME | QTY | SUB-TOTAL |
|---------------|-----|-----------|
| 2 Phone Card $10 | 1 | 10.00 |

| | Sub-Total | 10.00 |
|--|-----------|-------|
| | Tax | 0.00 |
| | Total | 10.00 |

Debt Balance :                    $0.00
Commissary Balance :             $77.00

EXHIBIT Q2

****** RESIDENT COPY ******

## PAK Order
## Receipt # D17691

Park County Jail
10/09/2006 18:43:47
ST 004 / OPR 0101

**FARINAS-PEREZ,**
  ALFREDO

  OCA # or DOC # : 0008969
  Date of Birth   : 10/06/1960
  Location        :

| PAK | PAK NAME | QTY | SUB-TOTAL |
|-----|----------|-----|-----------|
| 8   | Mail Pak | 1   | 1.56 |

|                | |
|----------------|------|
| Sub-Total      | 1.56 |
| Tax            | 0.00 |
| Total          | 1.56 |

Debt Balance :                    $4.59
Commissary Balance :              $0.00

---

****** RESIDENT COPY ******

## PAK Order
## Receipt # D17811

Park County Jail
10/11/2006 22:14:57
ST 004 / OPR 3584

**WALAMA,**
  MURPHY S

  OCA # or DOC # : 0009321
  Date of Birth   : 12/24/1968
  Location        :

| PAK | PAK NAME | QTY | SUB-TOTAL |
|-----|----------|-----|-----------|
| 5   | Phone card $15 | 1 | 15.00 |

|                | |
|----------------|-------|
| Sub-Total      | 15.00 |
| Tax            | 0.00  |
| Total          | 15.00 |

Debt Balance :                    $0.00
Commissary Balance :              $87.00

---

****** RESIDENT COPY ******

## PAK Order
## Receipt # D17927

Park County Jail
10/14/2006 19:22:43
ST 004 / OPR 0101

**WALAMA,**
  MURPHY S

  OCA # or DOC # : 0009321
  Date of Birth   : 12/24/1968
  Location        :

| PAK | PAK NAME | QTY | SUB-TOTAL |
|-----|----------|-----|-----------|
| 2   | Phone Card $10 | 1 | 10.00 |

|                | |
|----------------|-------|
| Sub-Total      | 10.00 |
| Tax            | 0.00  |
| Total          | 10.00 |

Debt Balance :                    $0.00
Commissary Balance :              $67.00

---

****** RESIDENT COPY ******

## Receivable Charge
## Receipt # A139059

Park County Jail
10/24/2006 09:16:23
ST 001 / OPR DKE

**WAMALA,**
  MURPHY S

  OCA # or DOC # : 0009321
  Date of Birth   : 12/24/1968
  Location        :

| Copies -         |            | |
|------------------|------------|---------|
|                  | Old Bal :  | $0.0 |
|                  | Charged :  | + $1.4 |
|                  | Collected :| - $1.4 |
|                  | New Bal :  | $0.0 |
| Comment : LEGAL COPIES | | |

Total Collected :                 $1.40

Debt Balance :                    $0.00
Commissary Balance :              $15.60

EXHIBIT R1

SGT; JONES          add IRAQI AMBASSY phone number

## PARK COUNTY DETENTION CENTER - INMATE REQUEST FORM

INMATE REQUESTING: _WAHAB, KHALID_          DATE: _10/24/06_   HOUSING: _E-5_

REQUEST: _If you would please I need to add another phone_
_number into your free phone program please A.S.AP_

_IRAQI AMBASSY # (202) 462-8815   ADD To Phone System_
                    _Thank you !_

OFFICER REPLYING: _____   DATE: _____

RESPONSE: _____

_____

_____

_____

Distribution:  White - File     Yellow - Return to inmate with answer     Pink - Inmate

5539(9/99)

EXHIBIT R2

SGT: JONES OR TO WHOM MAY CONCERNS.

## PARK COUNTY DETENTION CENTER - INMATE REQUEST FORM

INMATE REQUESTING: Waiad, Khalid          DATE: 10/6/06 HOUSING: E-5

REQUEST: This matter is really important, according to the Laws I must have a private phone call with my Consulate with out recording the phone call, However I must have a direct line to make my phone call to the IRAQ Consulate, please provide me a phone which I can use

#(202)483-7500 From 9:00 am To 11:00 pm M-F

OFFICER REPLYING: _____ DATE: _____

RESPONSE: _____

_____

_____

_____

Distribution:  White - File     Yellow - Return to inmate with answer     Pink - Inmate

5539(9/99)

Exhibit R3

## PARK COUNTY DETENTION CENTER - INMATE REQUEST FORM

INMATE REQUESTING: Jon Vaupel    DATE: 06/14/06   HOUSING: B4

REQUEST: * Attn - Mc Ellis — My Phone Nos. Are Australian (Consulate 310 229486) (No Block) (Calls going out)
310 229 4285 - 310 930 0679, Attorney Joe Lazzara 303 429 6200, Attorneys (No Block) (Private Block) (Not Called) (Not Called) (Made Private)
Wehger & Ass - 303 292 9000, Attorney Jeff Joseph - 303 297 9171, Federal Dist (Not Called) (Made Private) (Made Private)
Court - 303 844 3433 Tenth Circuit Court - 303 844 3157 Jeffco Sheriffs (No Blocks) (No Blocks)
Office 303 271 5187, Attorney David Lane - 303 571 1000, Rocky Mountain (Not Called) (Private)

OFFICER REPLYING: Immigrant Advocacy Network — DATE: 303 433 2812 (No Called)
(Has Not Been Called)
RESPONSE: Adams County Sheriffs Office - 303 654 1850, Anderson (EO
Facility - 303 361 6612 (Will Ask ICE)

Distribution: White - File   Yellow - Return to inmate with answer   Pink - Inmate
5539(9/99)

EXHIBIT 51

# PARK COUNTY DETENTION CENTER - INMATE REQUEST FORM

INMATE REQUESTING: JON VAUPEL     DATE: 07/03/06   HOUSING: B4

REQUEST: This facility opens our outgoing mail. 28 CFR §540.14(b) specifically states "All outgoing mail in low level security institutions and Pretrial Detainee's must be sealed by the detainee and sent out unopened & uninspected" Could you please make this law is followed by this facility Thank you

OFFICER REPLYING: A. Almeida     DATE: 07/07/06

RESPONSE: I understand this issue, along with others is currently being addressed.

Distribution: White - File    Yellow - Return to inmate with answer    Pink - Inmate
5539(9/99)

Exhibit S2

## MAIL

PERSONAL OUTGOING MAIL: You may write as many personal letters as you wish as long as
you have postage, which may be purchased through commissary.  All outgoing mail must NOT    *-Note
be sealed.

All outgoing mail must have your full name, DOC number if applicable and return address as
shown below on the envelope:

You full name (DOC # if applicable)<br>
Park County Jail<br>
P.O. Box 965<br>
Fairplay, Co. 80440

All in-house correspondences between inmates is prohibited.

PERSONAL INCOMING MAIL: All incoming mail is opened and inspected for contraband.
There are no restrictions on the number of letters you may receive, but there are size and content
restrictions.  Letter and legal size envelopes are acceptable.  Packages, boxes and other similar
items received at the Jail must be pre-approved by the Jail Administrator in writing, have a return
address, or mail will be denied.  Items received in the mail, which is unauthorized, prohibited, or
in excess of allowed property, will not be retained in the Jail.  It is your responsibility to return
such items or arrange for their release.  If the mail is not released within 30 days of receipt, the
mail is subject to disposal.  Non-acceptable mail will not be stored in your property.  You are
only allowed to keep personal mail received during the past 30 days in your cell.  If you receive a
money order, you will receive a receipt for the funds.  You need to sign for the funds.  The funds
will then be on your books.

Polaroid photographs are not allowed.  Photographs can be no larger than 5 inches by 7 inches.

The Jail is not responsible for delays or errors on the part of the U.S. Postal Service in the
delivery of mail.

LEGAL MAIL:  Incoming legal mail must be clearly marked on the envelope "Legal Mail" and
the address of the sender must be typed or printed to indicate the original source.  Incoming legal
mail will be inspected in the presence of the inmate to whom it is addressed.

Outgoing Mail: To the following will not be inspected if it is clearly marked "Legal Mail" and if
addressed to a legal address:

| | |
|---|---|
| Sheriff | U.S. Board of Parole |
| Chiefs of Police | U.S. Marshall |
| Judges: Federal | Attorney General of a State |
| State, County and Municipal | Director of Bureau of Prisons |
| Attorneys | U.S. Attorney General |
| Prosecuting Attorney | State & Federal District Attorneys |
| American Civil Liberties Union | Public Official acting in their legal |
| Legal aid Societies | capacities. |

Misrepresentation of "legal Mail" is strictly prohibited and may result in disciplinary action.  All
legal mail will be mailed through the U.S. Postal Service, including mail to the Park County
Courts.

Exhibit T

# INDIGENCY

To qualify as indigent for any service provided by the Jail, you must be without sufficient funds to purchase commissary items, or pay for a specific service.  An indigent who (1) has never had any funds in his account, or (2) has a balance less than $1.00 on their account will be issued basic hygiene items on Monday and Friday nights only. For the purpose of mail, indigence will be determined if you do not have money to purchase envelopes or stamps at the time of the request. Indigent inmates are allowed the privilege of mailing three letters per week, in any combination of personal or legal.  Your account will be charged for postage even if you indigent.

✳ Note

To receive an item from the indigent cart, you must provide us with your former empty item (i.e. and empty tube of toothpaste for a new one).  If you have more than one dollar on your books, you must but hygiene items from commissary.



# U. S. IMMIGRATION & NATURALIZATION SERVICE
### Detainee Classification System - Primary Assessment Form

NAME:_____ A# _____

D.O.B:_____/_____/_____      Country of Citizenship: _____

CLASSIFIED BY: _____(ID #)_____ DATE: ___/___/___

DIST/SPC: _____      LANGUAGE: (ENGLISH  Y/N)  OTHER: _____

## INITIAL SECURITY EVALUATION :

A.  Severity of Most Recent Charge / Conviction:  (Use severity of offense scale; rate most serious charge / conviction)      **SCORE: ____**
   LOW..................................................................................... 0 [  ]
   MODERATE........................................................................ 2 [  ]
   HIGH................................................................................... 5 [  ]
   HIGHEST............................................................................ 7 [  ]

B.  Serious Offense History:  ( Use severity of offense Scale;  rate most serious prior conviction)      **SCORE:____**
   NONE OR LOW.................................................................. 0 [  ]
   MODERATE........................................................................ 1 [  ]
   HIGH................................................................................... 4 [  ]
   HIGHEST............................................................................ 7 [  ]

C.  Escape History: (Excluding current charges).      **SCORE:____**
   NONE (No escapes or attempts)...................................... 0 [  ]
   WALKAWAY OR ATTEMPTED ESCAPE from minimum security facility or
   failure to return from authorized absence............................ 4 [  ]
   ESCAPE OR ATTEMPTED ESCAPE FROM SECURE FACILITY ......... 7 [  ]

**MAXIMUM CUSTODY SCORE (Add items A, B, and C).....................................   TOTAL SCORE:____**

### SCORE OF 7 OR HIGHER ASSIGN TO LEVEL 3 CUSTODY:
(Always complete remaining items, but do not total score if detainee has already
been assigned to Level 3 custody)

D.  Immigration Violations History:      **SCORE:____**
   NONE or single entry without inspection (misd) ........................... 0 [  ]
   Re-Entry after deport or other Immigration charge (Felony) ..................... 2 [  ]
   3 or more previous immigration violations  ............................. 4 [  ]

E.  Prior Convictions:  (Excluding last conviction)      **SCORE:____**
   NONE.................................................................................. 0 [  ]
   One to four misdemeanors or One Felony ............................. 2 [  ]
   Five or more misdemeanors or Two or More Felonies ............................. . 4 [  ]

F.  Number of Disciplinary Convictions: (Previous Institution)      **SCORE:____**
   NONE.................................................................................. 0 [  ]
   ONE.................................................................................. . 1 [  ]
   TWO.................................................................................. . 3 [  ]
   THREE............................................................................... 5 [  ]

G.  History / Pattern of Assaults      **SCORE:____**
   Assault (Within one year) ................................................. 4 [  ]
   Assault (Over 1 Year/Less than 10) ..................................... 2 [  ]
   Assault (Over 10 Years) .................................................... 0 [  ]

**COMPREHENSIVE CUSTODY SCORE (Items A-G)............................................TOTAL SCORE:____**

Exhibit U2

SCALE SUMMARY AND RECOMMENDATIONS:

1. CUSTODY LEVEL INDICTED BY SCALE ..................................... CODE:_____
   1 = Level 1         2 = Level 2         3 = Level 3

**CUSTODY CLASSIFICATION**

7 or more points on items A through C Section I ...................................... .    LEVEL 3
4 or fewer points on items A through G Section I ..................................... .    LEVEL 1
4 or fewer points on items A through G Section 1 w/ detainer or warrant ...............    LEVEL 2
5 to 10 points on items A through G Section I .........................................    LEVEL 2
11 or more points on items A through G Section I .................................... .    LEVEL 3

2. CHECK [X] ALL THE SPECIAL MANAGEMENT CONCERNS WHICH APPLY TO THIS DETAINEE:

| | | | |
|---|---|---|---|
| [ ] | Protective Custody | [ ] | Known Management Problem |
| [ ] | Psychological Impairment | [ ] | Suspected Drug/Alien Trafficker |
| [ ] | Mental Deficiency | [ ] | Suicide Risk |
| [ ] | Suicide Risk | [ ] | Medical Problem (PHS Form J-794) |
| [ ] | Serious Violence Threat | [ ] | Physical Impairment (PHS Form J-794) |
| [ ] | Known Gang Affiliation | [ ] | Other (Specify): |
| [ ] | Substance Abuse Program | [ ] | **Terrorist Threat/Terrorist (Auto. L-3)** |

3. OVERRIDE OF SCALE CUSTODY IS RECOMMENDED:   [ ]    YES    [ ]     NO

IF YES, GIVE RATIONALE (REQUIRED): _____

4.    RECOMMENDED CUSTODY LEVEL:                                    **EXHIBIT U3**

[ ]    LEVEL 1          [ ]    LEVEL 2          [ ]    LEVEL 3

Classification Officer Signature : _____ Date:_____ / ___ / ____

SUPERVISORY APPROVAL OF OVERRIDE:

1.    RECOMMENDED CUSTODY LEVEL:    [ ]    APPROVED    [ ]    DISAPPROVED
2.    FINAL CUSTODY LEVEL  (If override disapproved) ...................

[ ]    LEVEL 1              [ ]    LEVEL 2              [ ]    LEVEL 3

Rationale  (required if different from recommendation): _____
_____
_____

HOUSING ASSIGNMENT:

[ ] LEVEL 1      [ ] LEVEL 2      [ ] LEVEL 3      [ ] ADMIN. SEGREGATION (Memo req.)

**SDEO SIGNATURE:** _____ **DATE:** _____ / ___ / ____



# U. S. IMMIGRATION & NATURALIZATION SERVICE

### Detainee Classification System - Secondary Assessment Form

NAME:_____ A# _____

DOB:_____ /_____ /_____    Country of Citizenship: _____

CLASSIFIED BY (Print): _____ (ID #)_____ DATE: _____ / _____

DIST/SPC: _____    LANGUAGE: (ENGLISH  Y/N)  OTHER: _____

**INITIAL SECURITY EVALUATION:**

A.   Severity of Most Recent Charge / Conviction: (Use severity of offense scale; rate most serious charge / conviction)    **SCORE:** _____

      LOW........................................................................ 0 [   ]
      MODERATE............................................................. 2 [   ]
      HIGH....................................................................... 5 [   ]
      HIGHEST................................................................ 7 [   ]

B.   Serious Offense History: ( Use severity of offense Scale;  rate most serious prior conviction)    **SCORE:** _____

      NONE OR LOW....................................................... 0 [   ]
      MODERATE............................................................. 1 [   ]
      HIGH....................................................................... 4 [   ]
      HIGHEST................................................................ 7 [   ]

C.   Escape History (Excluding current charges)    **SCORE:** _____

      NONE (No escapes or attempts)............................... 0 [   ]
      WALKAWAY OR ATTEMPTED ESCAPE from minimum security facility or
      failure to return from authorized absence.................. 4 [   ]
      ESCAPE OR ATTEMPTED ESCAPE FROM SECURE FACILITY ...... 7 [   ]

**MAXIMUM CUSTODY SCORE (Add items A, B, and C)................... TOTAL SCORE:** _____
**SCORE OF 7 OR HIGHER ASSIGN TO LEVEL 3 CUSTODY:**
(Always complete remaining items, but do not total score if detainee has already been assigned  to Level 3 custody)

D.   Number of Disciplinary Convictions: (Since last classification)    **SCORE:** _____

      NONE..................................................................... 0 [   ]
      ONE........................................................................ 2 [   ]
      TWO....................................................................... 4 [   ]
      THREE................................................................... 6 [   ]

E.   Most Serious Disciplinary Charge Sustained: (Use disciplinary Severity of Offense Scale; rate during this period of confinement)    **SCORE:** _____

      NONE..................................................................... 0 [   ]
      LOW....................................................................... 1 [   ]
      MODERATE............................................................. 2 [   ]
      HIGH....................................................................... 5 [   ]
      HIGHEST................................................................ 7 [   ]

F.   Prior Felony Convictions:    **SCORE:** _____

      NONE..................................................................... 0 [   ]
      ONE........................................................................ 1 [   ]
      TWO OR MORE...................................................... 2 [   ]

**COMPREHENSIVE CUSTODY SCORE (Items A-F)...........................TOTAL SCORE:** _____

**EXHIBIT US**

**SCALE SUMMARY AND RECOMMENDATIONS:**

1.    CUSTODY LEVEL INDICTED BY SCALE ........................................ .   CODE:_____

      1 = Level 1          2 = Level 2          3 = Level 3

**CUSTODY CLASSIFICATION CHART**

| | |
|---|---|
| 7 or more points on items A through C Section I ...................................... | LEVEL 3 |
| 4 or fewer points on items A through F Section I ..................................... | LEVEL 1 |
| 4 or fewer points on items A through F Section I w/ detainer or warrant... | LEVEL 2 |
| 5 to 10 points on items A through F Section I ......................................... | LEVEL 2 |
| 11 or more points on items A through F Section I ..................................... | LEVEL 3 |

2.    CHECK [X] ALL THE SPECIAL MANAGEMENT CONCERNS WHICH APPLY TO THIS DETAINEE:

| | | | |
|---|---|---|---|
| [ ] | Protective Custody | [ ] | Known Management Problem |
| [ ] | Psychological Impairment | [ ] | Suspected Drug Trafficker |
| [ ] | Mental Deficiency | [ ] | Suicide Risk |
| [ ] | Suicide Risk | [ ] | Medical Problem (PHS Form J-794) |
| [ ] | Serious Violence Threat | [ ] | Physical Impairment (PHS Form J-794) |
| [ ] | Known Gang Affiliation | [ ] | Other (Specify): |
| [ ] | Substance Abuse Program | [ ] | **Terrorist Activity/Terrorist (Auto. L-3)** |

3.    OVERRIDE OF SCALE CUSTODY IS RECOMMENDED     [ ] YES     [ ]     NO

      IF YES, GIVE RATIONALE (REQUIRED): _____
      _____
      _____

4.    RECOMMENDED CUSTODY LEVEL:     [ ] LEVEL 1   [ ] LEVEL 2   [ ] LEVEL 3

Classification Officer Signature :_____Date:_____/_____/_____

SUPERVISORY APPROVAL OF OVERRIDE:

1.    RECOMMENDED CUSTODY LEVEL:     [ ] APPROVED     [ ] DISAPPROVED
      (Complete B if disapproved)

2.    FINAL CUSTODY LEVEL  (If override disapproved)

      [ ]    LEVEL 1        [ ]    LEVEL 2        [ ]    LEVEL 3

Rationale  (required if different from recommendation): _____
      _____
      _____

FINAL APPROVAL/HOUSING ASSIGNMENT:

   HOUSING ASSIGNMENT:

[ ] LEVEL 1    [ ] LEVEL 2    [ ] LEVEL 3    [ ] ADMIN. SEGREGATION (Memo req.)

SDEO SIGNATURE:_____DATE:_____/_____/_____

EXHIBIT V1

# U. S. IMMIGRATION & NATURALIZATION SERVICE
## Detainee Classification System

### SEVERITY OF OFFENSE SCALE

**HIGHEST:**
Aiding Escape
Aggravated Battery with Deadly Weapon
Armed Robbery (Multiple with injury)
Burglary with Assault
Escape (Secure Facility)
Inciting Riot
Kidnapping
Murder (1st, 2nd degree)
Sexual Battery (with violence upon a minor)

**HIGH:**
Aggravated Assault
Aggravated Battery
Aggravated Child Abuse
Arson
Battery Law Enforcement Officer
Burglary (Armed)
Extortion
False Imprisonment
False Report of Bombings
Controlled Substances (Importation, Trafficking)
Introduction of Contraband into Detention Facility
Manufacture of Explosives
Robbery (armed, strong armed)
Sexual Battery (other than capital or life felony)

**MODERATE:**
Armed Trespass
Burglary
Carrying Concealed Firearm
Forgery

---

Exhibit V2

Grand Theft

Manslaughter

Sale, Delivery, Possession of Controlled Substance

Tampering with Witness

Worthless Checks (felony)

Welfare Fraud (felony)

Escape (Non-secure Facility)

**LOW:**

Driving under the Influence

Leaving the scene of Accident

Battery (Simple Assault)

Carrying Concealed Weapon (other than firearm)

Disorderly Conduct

Gambling

Offering to Commit Prostitution

Possession Marijuana (misdemeanor)

Possession Drug Paraphernalia

Petit Theft

Trespass

Worthless Check (misdemeanor)



# U. S. IMMIGRATION & NATURALIZATION SERVICE
## Detainee Classification System

## DISCIPLINARY SEVERITY SCALE

### HIGHEST:

Assaulting any Person

Fighting with Another Person

Threatening another with Bodily Harm

Extortion, Blackmail, Protection, demanding or receiving money or anything of value in return for protection

Engaging in sexual acts with others

Making sexual propositions or threats to another

Escape

Attempting or Planning Escape

Setting a Fire

Adulteration of any food or drink

Possession or Introduction of any explosive or ammunition

Possession of Contraband

Rioting

Encouraging others to riot

Engaging in, or encouraging, a group demonstration

Giving or Offering any official or staff member a bribe or anything of value

### HIGH:

Destroying, Altering, or Damaging government property or the property of another

Stealing

Misuse of authorized medication

Loaning of Property or anything of value for profit or increased return.

Possession of anything not authorized or authorized for retention

Encouraging others to refuse to work

Refusing to obey a staff order

Insolence toward a staff member

Lying or providing false statement to a staff member

Conduct that interrupts or disrupts the normal operation of the facility.

Counterfeiting, Forging, or Unauthorized Reproduction of any document, article, identification, money, security, or official paper.

EXHIBIT V4

Participating in unauthorized meeting or gathering

Failure to stand count

Interfering with taking of count

Making intoxicants or being intoxicated

Tattooing or Self-Mutilation

**MODERATE:**

Indecent Exposure

Mutilating or altering issued clothing

Refusing to work

Unexcused absence from work or any assignment

Failure to perform work as instructed by supervisor

Being in an unauthorized area

Using abusive or obscene language

Unauthorized use of mail or telephone

Unauthorized contacts with the public

Correspondence or conduct with a visitor in violation of posted regulations

**LOW:**

Wearing a disguise or mask

Failure to follow safety or sanitation guidelines

Using any equipment/machinery contrary to instructions or posted safety standards

Smoking where prohibited

Gambling, preparing or conducting a gambling pool, possession of gambling paraphernalia

Being unsanitary or untidy, failure to keep one's person and quarters in accordance with posted standards

EXHIBIT V5

All Minimum and Administrative
Detainees (West Core – Blue)
Park County Detention Facility
P/O Box 965,
Fairplay, Colorado 80440

Alex Almeida, Deportation Officer
Immigration and Customs Enforcement
11901 East 30th Avenue
Aurora, Colorado 80010

Dated: August 22, 2006,

**RE: Classification Issues**

Dear Officer Almeida,

We are writing you this letter to inform you of some serious issues that need to be addressed immediately here at the Park County Detention Center before someone is seriously hurt.

As you know ICE has transferred a number of detainees of various classifications from GEO, Aurora to Park County Detention Center, in Fairplay Colorado, now as you know, we, by law, are not allowed to be housed with other criminal State or County inmates so consequently we all must be housed in the same pod together as this facility lacks sufficient housing to separate us into our separate classifications and still keep us housed separate from other local criminal detainees.

The problem is that you have a number of post criminal detainees from various classifications including Maximum and even Super-Max in the General Population mixed with just Minimum and Administrative detainees.

It is only a matter of time before someone is seriously hurt by this combination, as you already know and some you may not know, there are fights between detainees on a regular basis, there has already been one riot in which a TV and other items were destroyed, we as a whole pod are being continuously lockdown because of the actions of these Post Criminal Detainees all due to the powerful criminal majority overruling the minimum and administrative minority. GEO has a very strict policy of separating Post Criminal (East Core – Orange) and Administrative (West Core – Blue) detainees for this very reason.

1

Exhibit V6

This situation needs to be addressed urgently, either we need to be separated into our respective classifications but also apart from State and County criminal detainees housed at Park County Jail as soon as possible or as there are only a few minimum-administrative detainees here at Park County Jail, we therefore should be relocated back to the GEO Facility for our own safety.

Consider this a formal request by all minimum/administrative detainees to be either separated here at Park County Jail without being placed in pods with other local criminal inmates or be relocated to GEO and if you fail to act upon this request and someone is seriously injured, this letter will act as prior notification to ICE of these serious issues and therefore will serve as evidence of negligence/willful and wanton conduct by ICE in any forthcoming legal law suits for injuries and damages by those who may or may not be effected in some way.

Therefore for all the forgoing reasons, we would respectfully request that ICE transfer all administrative and minimum detainees back to the ICE/GEO Facility in Aurora, Colorado as soon as possible to avert any potential dangerous situations currently existing at this Facility. We sincerely appreciate any consideration you can give us in the urgent matter. Thank You.

**PLEASE ALSO NOTE: For our own safety** we would please ask that this letter be kept confidential to only the below signatories. Copies of this request will be sent to respective Attorney's, Civil Rights Groups and Courts where necessary.

Yours Sincerely


_____          _____          _____
Gerald Nkwanga                    Jon Vaupel                        Kwabeena Essuman



_____          _____          _____
Francis Johnson                   Igor Margatskiy

EXHIBIT V7

## PARK COUNTY DETENTION CENTER - INMATE REQUEST FORM

INMATE REQUESTING: Jon Voupel        DATE: 08/23/06   HOUSING: B2.

REQUEST: Alex Almeida — Hopefully on Thursday you Received a Fax Plus Had a Letter Personally Delivered To You From a Small Group of us Non Criminal Administrative Detainees Regarding our Safety with Being Mixed with Criminal Detainees. Sir Please Realize This is a Serious issue and Needs Your Urgent Attention. Your Urgent Help is Appreciated

OFFICER REPLYING: A. Almeida        DATE: 10/04/ 2006 / Thank You

RESPONSE: I refered this letter accordingly and I am under the impression that action was taken immediately.

Distribution:  White - File      Yellow - Return to inmate with answer      Pink - Inmate
5539(9/99)

Exhibit W!

# PARK COUNTY JAIL
# INMATE RESOLUTION REQUEST

| OFFENDER NAME | SUBJECT OF GRIEVANCE |
|---|---|

WHAT IS THE BASIS OF YOUR COMPLAINT (BE SPECIFIC AND BRIEF):

STAFF RESPONSE:

| STAFF SIGNATURE/PRINTED NAME | DATE |
|---|---|

WHAT WAS DECIDED (WITHIN POLICY LIMITATION):
_____ I AM SATISFIED WITH THE INFORMA RESOLUTION SHOWN ABOVE.

_____ I HAVE ELECTED TO FILE A STEP 1 GRIEVANCE  (ATTACHED THIS FORM TO STEP 1 GRIEVANCE)

_____
OFFENDERS SIGNATURE

_____
HOUSING UNIT

EXHIBIT W2

United States Department of Justice
Immigration and Naturalization Service                    **DETAINEE GRIEVANCE FORM**

*(A grievance must be filed within 5 days of original incident or issue)*

Grievance #_____

Detainee Name: _____ A# _____    Housing Unit: _____

Complaint / Comments: _____
_____
_____
_____
_____

Action requested by detainee: _____
_____
_____

Detainee Signature: _____    Date / time: _____

Housing Unit Officer: _____    Date / time: _____

**INFORMAL [  ]** Resolution is accepted by detainee: (to be completed within 24 hours and only if resolved prior to hearing)

This grievance has been informally resolved as follows:
_____
_____
_____

Detainee Signature: _____    Date / time: _____
Staff Member: _____    Date / time: _____
Supervisory Review: _____    Date / time: _____

**FORMAL [  ]** Informal Resolution is not accepted by detainee and the grievance has been assigned to the following Department for formal resolution:    [  ] Deportation    [  ] Detention    [  ] Administration
**(Response to detainee within five (5) business days is required)**

Departmental Findings/Actions Taken: _____
_____
_____

Dep. Head: _____

Dep. Staff: _____ Dep. Staff_____

Date of Findings:_____    Date Returned to Detainee:_____

*(Detainee return within five days of receipt and check the appropriate box)*
I would like this matter:

[  ] Referred to the Detainee Grievance Committee (DGC).
[  ] I agree with the resolution.

Detainee Signature: _____    Date / time: _____
Housing Unit Officer: _____    Date / time: _____

Exhibit W3

## DETAINEE GRIEVANCE FORM

DGC Members: _____
              Assistant Officer-In-Charge, or Designee

Dep. Head:    _____    Dep. Head:   _____

Other:       _____    Other:      _____
                         (name, title)                            (name, title)

Response: _____

_____

_____

Date Returned to Detainee:    _____

*Detainee - Return within (5) days of receipt and check appropriate box:*

☐    I agree with the DGC response.

☐    I disagree with DGC response and I wish to appeal to the Officer-In-Charge.

Detainee Signature:   _____    Date:   _____

Housing Unit Officer:   _____    Date:   _____

*(To be completed by Detention Operations Supervisor or equivalent)*

Grievance appealed to the Officer-In-Charge:   _____
                                                 (Date)

Grievance forwarded to the Officer-In-Charge for action:   _____
                                                 (Date)

Office-In-Charge's Findings/Actions Taken: _____

_____

_____

_____

Date Returned to Detainee:   _____



## DETAINEE GRIEVANCE FORM (CONTINUATION SHEET)

Grievance #_____

Detainee Name: _____ ID# _____ Housing Unit: _____

Complaint / Comments : _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Response : _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Exhibit XI



## U.S. Immigration and Customs Enforcement Denver Field Office

# INTERVIEW NOTICE
# (AVISO DE ENTREVISTA)

On the following dates, times and places a Deportation Officer will be available to answer basic questions on an individual basis with each detainee.

(En las siguientes fechas, horas y lugares estara un Official de Deportacion disponible para responder a preguntas basicas con cada detenido)

| Days (Dias) | Designated Time (Hora Designada) | Places (Lugares) |
|---|---|---|
| Mondays | 09:00 AM | UNITS "A, B,C" |
| Lunes | 09:00 AM | UNIDADES "A, B, C" |
| Tuesdays | 09:00 AM | UNITS "D, E, F" |
| Martes | 09:00 AM | UINIDADES "D, E, F" |
| Wednesday s | 09:00 AM | UNITS "L, M, N" |
| Miercoles | 09:00 AM | UNIDADES "L, M, N" |
| Thursdays | 09:00 AM | UNITS "X, Y, Z" |
| Jueves | 09:00 AM | UNIDADES "X, Y, Z" |
| Fridays | 09:00 AM | Unit "G" and SEG |
| Viernes | 09:00 AM | UNIDAD "G" y SEG |

Exhibit Y1

## PARK COUNTY DETENTION CENTER - INMATE REQUEST FORM

INMATE REQUESTING: Jon Vaupel        DATE: 08/23/06  HOUSING: B2

REQUEST: Alex Almeida - Sir As Per our Conversation Last Friday, You Promised you would call me here on Monday with the information we discussed Re: Signature on Form, Contact Details and the Possibility of Release on Bracelet so that I could see my Son & Jeffco Court Etc. Before I leave. Please call me ASAP Thank Yo

OFFICER REPLYING: A. Almeida        DATE: 10/04/2006.

RESPONSE: I have provided the name to you on another inmate request form.

Distribution: White - File    Yellow - Return to inmate with answer    Pink - Inmate
5539(9/99)

EXHIBIT Y2

## PARK COUNTY DETENTION CENTER - INMATE REQUEST FORM

INMATE REQUESTING: JON VAUPEL   DATE: 09/06/06   HOUSING: B3

REQUEST: A78-443-731 OFFICE ALMEIDA - As You PROBABLY KNOW THE VERMONT SERVICE CENTER EXTENDED MY PETITION DATE TO NOV 1, LAST WE SPOKE YOU SAID YOU WOULD FIND OUT THE NAME & ID. NO. OF OFFICER WHO SIGNED HQ DPU DENIAL ALSO YOU SAID YOU WOULD SEE WHAT YOU COULD DO TO ORGANIZE MY RELEASE FOR A SHORT TIME TO PACK MY THINGS AND SEE MY SON ONE LAST TIME IF YOU CAN NOT DO THIS FOR ME, I WILL FIGHT TO THE END, APPEALS, LAWSUITS, FTCA, BIVENS NEWS, TELEVISION, VAWA APPEALS, CLASS ACTIONS, EVERYTHING PLEASE TRY FOR ME THANK YOU

OFFICER REPLYING: _____   DATE: _____

RESPONSE: YOU KNOW THE ONLY THING THAT MATTERS TO ME IS MY SON EVEN MORE SO THAN MY FREEDOM, I LOVE THAT LITTLE BOY MORE THAN LIFE ITSELF, I AM NOT TRYING TO BE DIFFICULT, BUT I MUST PROTECT HIM, HE IS NOT SAFE, NO MATTER WHAT ANYONE ELSE SAYS OR BELIEVES.

— Your requests should all be directed to the ICE, HQ COU. I have provided the address and # to HQ. The jurisdiction on your custody status ...

Distribution:   White - File     Yellow - Return to inmate with answer     Pink - Inmate
5539(9/99)

EXHIBIT Y3

## PARK COUNTY DETENTION CENTER - INMATE REQUEST FORM

INMATE REQUESTING: Jon Vaupel          DATE: 09/24/06  HOUSING: E2

REQUEST: OFFICER ALMEIDA - WHEN YOU MET WITH ME AND GAVE ME MY NEGATIVE DECISION FROM HQDPU YOU SAID THAT YOU WOULD GIVE ME THE NAME AND PHONE/FAX NOS. OF THE OFFICER WHO SIGNED IT COULD YOU PLEASE PROVIDE ME WITH THIS INFO. THANK YOU

OFFICER REPLYING: A. Almeida          DATE: 10/04/2006

RESPONSE: Jon, The name of the individual is Mr. Todd Thurlow. I have provided the name to a consular official recently. ICE Headquarters.
801 I St., N.W. Ste 900 Washington DC 20536
(202) 300-2734

Distribution: White - File     Yellow - Return to inmate with answer     Pink - Inmate

5539(9/99)

EXHIBIT Y4

## PARK COUNTY DETENTION CENTER - INMATE REQUEST FORM

INMATE REQUESTING: STANLEY HARMON.    DATE: 08/16/05 · HOUSING: B5

REQUEST: MR. ALMEIDA - COULD YOU PLEASE TELL ME WHAT IS
GOING ON WITH MY CASE AND ALSO DON'T FORGET MY
REVIEW IS DUE ON 09/08/06 ABOUT 3 WEEKS AWAY.
THANK YOU

OFFICER REPLYING: A. Almeida    DATE: 08/21/2006

RESPONSE: A travel document request was sent on 06/14/2006
and we are waiting for an answer on whether
or not they will issue. In the meantime you
will be entitled to a Post Order Custody Review

Distribution:  White - File     Yellow - Return to inmate with answer     Pink - Inmate

5539(9/99)

EXHIBIT Y5

## PARK COUNTY DETENTION CENTER - INMATE REQUEST FORM

INMATE REQUESTING: _Stanley Harmon_          DATE: _07-27-06_ HOUSING: _E-1_

REQUEST: _Attn: DEPORTATION OFFICER_
_Please, Let me know man what is_
_GOING on my case, I was taken_
_to ICE but no dcision and Pull me_
_back for nothing, please let me know_

OFFICER REPLYING: _A Almeida_          DATE: _03/22/2006_

RESPONSE: _Arrangements for your repatriation to Liberia_
_are being made._

Distribution:  White - File      Yellow - Return to inmate with answer      Pink - Inmate

5539(9/99)

EXHIBIT 21

## PARK COUNTY DETENTION CENTER - INMATE REQUEST FORM

INMATE REQUESTING: _LE, MAN_          DATE: _08/30/06_  HOUSING: _B6._

REQUEST: _ALMEIDA - SIR I HAD MY REVIEW FOR RELEASE FROM CUSTODY._
_ON AUGUST 24, 2006, COULD YOU PLEASE TELL ME THE OUTCOME_
_OF THAT CUSTODY REVIEW AS SOON AS POSSIBLE THANK YOU_
_PLEASE ALSO NOTE THAT I HAVE BEEN IN ICE CUSTODY FOR 4 MONTHS_
_ALREADY AND HAVE COOPERATED IN HELPING YOU IN MY REMOVAL THANKS_

OFFICER REPLYING: _A. Almeida_          DATE: _10/04/2006_

RESPONSE: _Your review will be done within next several days._

Distribution:  White - File     Yellow - Return to inmate with answer     Pink - Inmate
5539(9/99)

Exhibit 22

## PARK COUNTY DETENTION CENTER - INMATE REQUEST FORM

INMATE REQUESTING: LE, MAN          DATE: 09/06/06   HOUSING: B6

REQUEST: A OFFICER ALMEIDA — MY REVIEW WAS HELD ON AUGUST 24, COULD YOU PLEASE TELL ME THE OUTCOME OF THAT REVIEW. I HAVE BEEN IN ICE CUSTODY FOR FOUR MONTHS ALREADY AND I HAVE COOPERATED WITH YOU IN ALL RESPECTS, COULD YOU PLEASE ORGANIZE MY RELEASE AS SOON AS POSSIBLE — THANK YOU

OFFICER REPLYING: A. Almeida          DATE: 10/04/2006

RESPONSE: Your review will be completed within next several days.

Distribution:  White - File      Yellow - Return to inmate with answer      Pink - Inmate
5539(9/99)

EXHIBIT 23

## PARK COUNTY DETENTION CENTER - INMATE REQUEST FORM

INMATE REQUESTING: _Le, MAN_   DATE: _9/23/06_ HOUSING: _E 9_

REQUEST: To THE LIEFTENANT I CONE TO ICE ON 05-05-06. I WAS SUPPOSED TO GET A REVEW AFTER 90 DAYS. WHICH WAS TO BE ON 08-24-06. BUT I DIDN'T HEAR FROM THEM I TRIED TO WRITE A KITE 3 TIMES NO REPLY SIR. I ASK YOU IF YOU CAN CONTACT ICE FOR ME TO WHATS GOING ON WITH MY CASE SORRY TO BOTHER YOU SIR BUT I'm STUCK. I ASK FOR YOUR HELP( MY NAME) A. J2182   MY DEPORTATION OFFICE IS OFFICER ALMEIDA,

OFFICER REPLYING: _MM Dorn_   DATE: _10 06 06_

RESPONSE: DEPORTATION OFFICER ALMEIDA WILL BE DEDICATING HIMSELF TO ALL YOUR REVIEWS BEGINNING NEXT WEEK.
I SPOKE TO him TODAY & he hopes TO BE UP NEXT WEEK.

Distribution: White - File   Yellow - Return to inmate with answer   Pink - Inmate
5539(9/99)

EXHIBIT 24

## PARK COUNTY DETENTION CENTER - INMATE REQUEST FORM

INMATE REQUESTING: LE MAN.          DATE: 09/29/06   HOUSING: E14.

REQUEST: OFFICER ALMEIDA - I HAVE SENT YOU FOUR KITES ALREADY ASKING FOR THE RESOLUTION OF 90 DAY REVIEW WITH NO ANSWER FOR 4 WEEKS NOW, COULD YOU PLEASE TELL ME WHAT IS GOING ON PLEASE   THANK YOU        J2182

OFFICER REPLYING: A. Almeida          DATE: 10/04/2006

RESPONSE: You will be getting a response on your POCR within next several days.

Distribution: White - File     Yellow - Return to inmate with answer     Pink - Inmate
5539(9/99)

ExHiBiT 25

# AFFIDAVIT OF MURPHY STEPHENS WAMALA

I, **Murphy Stephens Wamala**, currently incarcerated as a County Inmate in the Park County Detention Center at 1180 County Road 6, P/O Box 965, Fairplay, Colorado 80440,

BEING DULY SWORN AND SAY:

1.     I was born on **December 24, 1968**, in **Jinja**, **Uganda**.

2.     My Immigration Alien Number is A70-371-158 and ICE detainee number is H4464.

3.     I am 38 years of age. I am making this affidavit in support of action taken against the Park County Detention Center for the grossly abusive and inhumane way that Park County Official treats all their Detainees with regards to the lack of Medical Services.

4.     I, **Murphy Stephens Wamala** categorically claim that I was recently transferred from the ICE Processing Facility in Aurora Colorado to the Park County Detention Center in Fairplay Colorado on **October 11, 2006**. Prior to my transfer I was housed in Z Dorm of the ICE Detention Facility since November 16, 2005. During this period I was employed as a trustee (house keeping) and therefore I had access and could clearly see into Dorms L, M, N, X, Y and Z. During this period I have witnessed the facility Detainee population in these 6 dorms fluctuate yet throughout my stay as a trustee (house keeper), I have NEVER witnessed any of these housing units to be filled past 50 per cent capacity with ICE Detainee's. In fact my own Dormitory contains 35 beds yet during the year I have been there our maximum detainee number reached 23 and now has ONLY 16, this is accurate for the other remaining dorms, therefore it is my firm belief that the ICE Processing Center is only at half or less capacity therefore containing more than enough empty beds to easily house the 40+ ICE Detainees at the Park County Detention Center.

*I affirm that I know the contents of this affidavit signed by me and the statements herein are true and correct.*

Murphy Stephens Wamala

STATE OF COLORADO   )
                                          ) ss.
IN PARK COUNTY         )

**Murphy Stephens Wamala**
Park County Detention Center
P/O Box 965,
Fairplay, Colorado 80440

Subscribed and sworn before me this 27th day of October, 2006, By Murphy Stephens Wamala. Witness my hand and Official Seal.

My Commission Expires: _8/05/09_ ,

Notary Public                              Official Seal

1

EXHIBIT Z6

# AFFIDAVIT OF BENAD ABIODUN

I, **Benad Abiodun**, currently incarcerated as a County Inmate in the Park County Detention Center at 1180 County Road 6, P/O Box 965, Fairplay, Colorado 80440,

BEING DULY SWORN AND SAY:

1. I was born on July 18, 1958, in Nigeria, and I am a Lawful Permanent Residence of the U.S

2. My Immigration Alien Number is A73-764-249.

3. I am 43 years of age. I am making this affidavit in support of action taken against the Park County Detention Center for the grossly abusive and inhumane way that Park County Official treats all their Detainees with regards to the lack of Medical Services.

4. I, **Benad Abiodun** categorically claim that I was transferred from the ICE Processing Facility in Aurora Colorado to the Park County Detention Center in Fairplay Colorado on **June 9, 2006**. Since my transfer to the Park County Detention Center, I have been transferred between the two facilities 5 times with me return to Park County from latest stay at the ICE Detention Center only recently on **October 11, 2006**. Therefore due to continued transfers, I am able to provide recent accurate detention population numbers at the ICE Aurora Facility. Prior to my transfer I was housed in X Dorm of the ICE Detention Facility since my arrest on December 30, 2004. During this period I was employed as a trustee (law library) and therefore I had access and could clearly see into Dorms L, M, N, X, Y and Z. During this period I have witnessed the facility Detainee population in these 6 dorms fluctuate yet throughout my stay as a trustee (librarian), I have NEVER witnessed any of these housing units to be filled past 50 per cent capacity with ICE Detainee's. In fact my own Dormitory contains 40 beds yet during the year I have been there our maximum detainee number reached 24 and now has ONLY 17, this is accurate for the other remaining dorms, therefore it is my firm belief that the ICE Processing Center is only at half or less capacity therefore containing more than enough empty beds to easily house the 40+ ICE Detainees at the Park County Detention Center.

*I affirm that I know the contents of this affidavit signed by me and the statements herein are true and correct.*

Benad Abiodun

STATE OF COLORADO )
                   ) ss.     **Benad Abiodun**
IN PARK COUNTY     )         Park County Detention Center
                             P/O Box 965,
                             Fairplay, Colorado 80440

Subscribed and sworn before me this 27th day of October, 2006, By Benad Abiod
Witness my hand and Official Seal.

My Commission Expires: 8/05/09 ,

Notary Public                                    Official Seal