# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **JON VAUPEL**, Representing-<br>Murphy Wamala, Mario Jean-Baptiste, Khalid Agina, Le Man, Hung Tran, Khalid Wahab, Tran Loi, Stanley Harmon, Chinh Nguyen, Alfredo Farinas-Perez, Igor Margatskiy, Gerald Nkwanga, Francis Johnson, Kwabena Essuman, Anerobi Ngwabe, O'Neil Stewart, Gerald Remy, Riziki Temu, Jose Zamorano Arben Kola, Rovey Morm, Benad Abiodun, Franciso Banal-Martinez, Roy Berko and Vakhom Xayamoungkhoun, Yemane Haile Christopher Lukanga, (Hereinafter Petitioners)<br><br>　　　　　　　　Petitioners,<br>v.<br>**ALBERTO R. GONZALES**,<br>United States Attorney General,<br>**MICHAEL CHERTOFF**,<br>Secretary of Homeland Security,<br>**DOUGLAS MAURER**,<br>USICE Field Office Director<br>For Colorado,<br>**FREDRICK WEGENER**<br>Sheriff of Park County,<br>**LT. DANIEL MULDOON**<br>Park County Detention Center Administrator<br>　　　　　　　　Respondents, | AGY. No. A78-443-731<br><br>FILED<br>UNITED STATES DISTRICT COURT<br>DENVER, COLORADO<br><br>NOV 1 3 2006<br><br>GREGORY C. LANGHAM<br>　　　　　　　　CLERK<br><br>CASE NUMBER<br><br>06-cv-02241-BNB |

## NOTICE OF ACTION BY THE RESPONDENTS
## IN SUPPORT OF THE PETITIONERS REQUESTS
## FOR PRELIMINARY INJUNCTIVE RELIEF

**COMES NOW** Plaintiff/Petitioner Jon Vaupel representing all captioned Petitioners, including all present and future unknown Petitioners, proceeding Pro Se hereby before this Honorable District Court, files this **"Notice of Action by the Respondents in Support of the Petitioners Requests for Preliminary Injunctive Relief"** therefore the Petitioners respectfully request this Honorable

1

Court to take note of actions performed by the Respondents in response to the filing of this Petition for an order of Preliminary and Permanent Injunctive Relief to remedy the Petitioner's continued unlawful detention conditions at the Park County Detention Center.

On October 27, 2006, the Petitioners filed their extensive complaint and Motions for Preliminary and Permanent Injunctive Relief before this Court respectfully requesting that this Court GRANT an order for Preliminary Injunctive Relief requiring the Respondents transport and house all Petitioners back to the ICE/GEO Processing Center in Aurora, Colorado, as an immediate remedy from the below ICE Standard Detention conditions endured by the Petitioners until the merits of this case could be argued and hence Permanent Injunctive orders issued.

The Petitioners respectfully request this Honorable Court to note that on Tuesday October 30, 2006, ICE Transportation Officers came to the Park County Detention Center and removed 13 ICE Detainees being Petitioners Khalid Agina, Le Man, Hung Tran, Tran Loi, Stanley Harmon, Gerald Nkwanga, Anerobi Ngwabe, Reziki Temu, Arben Kola and Rovey Morm plus 3 other unknown Mexican Nationals who were housed in another pod, and transported them back to the ICE/GEO Processing and Detention Center in Aurora, Colorado.

The following day being October 31, 2006, the Petitioners are of the belief that ICE Transportation Officers returned again and removed 6 more unknown Hispanic National Petitioners housed in a separate pod also transporting them back to the ICE/GEO Processing and Detention Center in Aurora, Colorado.

Then finally on Friday November 3, 2006, ICE Transportation Officers returned again to the Park County Detention Center and removed 8 more Petitioners: Alfredo Farinas-Perez, Francisco Banal-Martinez, Roy Berko, Jose Zamorano, Roberto Asencio, Phoday Dumbuya, Jorge Mendoza and Jose Mendez, also transporting them back to the ICE/GEO Processing Detention Facility in Aurora, Colorado.

The point of this Notice to the Court is that there now ONLY remains a total of 18 ICE Detainees at the Park County Detention Center and therefore it can only be assumed that ICE's quick response in beginning to remove ICE Detainees from the Park County Facility further demonstrates either ICE's knowledge of the below ICE standard living conditions and their attempt to "put a lid" on this situation before it goes any further OR that fact that they were unaware of the ICE Detainees plight at the Park County Detention Center and therefore wish to immediately remedy this situation.

However, as stated previously, 18 ICE Detainees still remain at the Park County Detention Center, and of those 18 ICE Detainees remaining, many are still in need of urgent medical, dental and psychological attention amongst other things, therefore the remaining Petitioners respectfully URGE this Honorable Court to, at a minimum, GRANT the Immediate Preliminary Injunctive Relief requested in the Petition already filed before this Court and therefore ordering ICE Officials to Immediately remove the remaining ICE Detainees from the Park County Detention Center and relocate them back to the ICE Aurora Detention Facility.

The Petitioners also respectfully request this Court to note, that given the number of empty beds at the ICE Detention Facility as noted in the Affidavits of Murphy Wamala and Benad Abiodun **Exhibits Z5 and 6** respectively, of the Petitioners Petition for relief already filed before this Court, the few remaining Petitioners can see NO reason why they should NOT also be immediately removed back to the ICE Facility as well where they can seek the much needed treatment.

Furthermore, given the fact that a total of 27 ICE Detainees have already been removed from Park County and that of those 27 detainees, 9 of those ICE Detainees were NOT only unknown by identity to the named Petitioners but also their existence in Park County was unknown, further demonstrating ICE Officers and Park County Administrators neglect of the ICE Detention Standards by allowing these Civil ICE Detainees to be mixed with State and County criminal inmates in other pods, given that Park County is only a small county facility containing only 6

3

pods in total, of which 5 are generally filled with criminal inmates and 1 (ours) is housing ICE Detainees. The immediate removal of these unknown ICE Detainees demonstrates ICE's knowledge of mixing within this facility against ICE Standards.

**THEREFORE** the Plaintiff/Petitioner Jon Vaupel on behalf of all above Captioned Petitioners and ICE Detainees unrepresented, in the present and the future, who are and may be housed at the Park County Detention Center, respectfully requests and Prays that this Honorable District Court **GRANT** the relief the Petitioners seek in the form of an Immediate Preliminary Injunction/Temporary Restraining Order mandating that all ICE Detainees housed at the Park County Detention Center be immediately relocated back to the ICE Processing Center in Aurora Colorado until the merits of the Petitioners Class Action Petition for Permanent Injunctive Relief requiring the Respondents to make the necessary changes at the Park County Detention Center so that it conforms to all ICE Detention Standards, can be argued and hence conclusively prove to this Court that all required ICE Detention Standard have been met.

Dated this 3rd Day of November, 2006,

Respectfully Submitted By,

/Jon Vaupel – Representing

Murphy Wamala, Mario Jean-Baptiste
Le Man, Hung Tran, Khalid Wahab,
Tran Loi, Stanley Harmon, Chinh Nguyen,
Alfredo Farinas-Perez, Igor Margatskiy,
Gerald Nkwanga, Francis Johnson,
Anerobi Ngwabe, O'Neil Stewart,
Gerald Remy, Riziki Temu, Jose Zamorano
Arben Kola, Rovey Morm, Benad Abiodun,
Franciso Banal-Martinez, Roy Berko and
Vakhom Xayamoungkhoun, Yemane Haile
Christopher Lukanga, (Hereinafter Petitioners)

Park County Detention Center
1180 County Road 16
P/O Box 965
Fairplay, Colorado 80440

# CERTIFICATE OF MAILING

I hereby certify that on this 27th day of October, 2006, a true and correct type written copy of the Petitioners "**Class Action for Preliminary and Permanent Injunctive Relief** " was mailed via U.S. Mail and properly addressed to:

### Respondents:

Alberto Gonzales
United States Attorney General
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Michael J. Garcia – Secretary
Immigration & Customs Enforcement
U.S. Department of Homeland Security
Washington, D.C. 20528

### Park County Facility:

Frederick Wegener
Sheriff of Park County
Park County Detention Center
1180 County Road 16, P/O Box 965,
Fairplay, Colorado 80440.

Lt. Daniel Muldoon
Chief Administrator
Park County Detention Center
1180 County Road 16, P/O Box 965,
Fairplay, Colorado 80440.

**CC:** Rebecca Walters – Pro Bono
American Bar Association
Washington D.C.

Rebecca Tramell – Chair Person
American Assoc. of Law Libraries
Chicago, Illinois

American Civil Liberties Union
National Prisons Project
Washington D.C.

Michael Chertoff
Secretary in Chief
United States
Department of Homeland Security
Washington, D.C. 20528

Douglas Maurer
Field Officer Director for Denver
Immigration & Customs Enforcement
4730 Paris Street
Denver, Colorado 80239.

### ICE Agency Counsel:

Douglas Bow, Esq.
U.S. Dept. of Homeland Security
District Counsel
4730 Paris Street
Denver, Colorado 80239.

_____
Jon Vaupel – Representing all Petitioners
Park County Detention Center
P/O Box 965,
Fairplay, Colorado 80440
Phone (719) 836-4370

Rocky Mountain Immigrant
Advocacy Network - Denver

5