IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 15 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. _06-CV-02241-BNB_
(To be supplied by the court)

_JON VAUPEL, ET AL - REPRESENTING_, Plaintiff,
_ALL ICE DETAINEES HOUSED AT PARK COUNTY DETENTION CENTER._

v.

_ALBERTO GONZALES, ATTORNEY GENERAL_

_MICHAEL CHERTOFF, DOUGLAS MAURER_

_FREDRICK WEGENER, LT. DANIEL MULDOON_, Defendant(s).

---

**PRISONER'S MOTION AND AFFIDAVIT
FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915**

---

I request leave to commence this civil action without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915. In support of my request, I declare that:

1. I am unable to pay such fees or give security therefor.

2. I am entitled to redress.

3. The nature of this action is:

   _CLASS ACTION PETITION FOR PRELIMINARY AND PERMANENT INJUNCTIVE RELIEF PURSUANT TO FED. R. CIV. P. 23(a)(b) & 65._

(Rev. 11/01/04)

4. My assets and their value are listed below: (attach an additional page if necessary)

(Assets may include income from employment, rent payments, interest or dividends, pensions, annuities, life insurance payments, Social Security, Veteran's Administration benefits, disability pensions, Worker's Compensation, unemployment benefits, gifts or inheritances, cash, funds in bank accounts, real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing), or any other source of income.)

No Assets - I Am incarcerated by the United States Immigration & Customs Enforcement and have been for over 2 years, I am currently housed at the Park County Detention Center under an immigration process.

5. Are you in imminent danger of serious physical injury?

   X Yes ___ No (CHECK ONE). If you answered yes, briefly explain your answer:

   I and other Administrative Detainees are housed with Violent ICE Ex Criminal Detainees with no Classification Process and Subject to Daily Fighting

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that the information in this motion and affidavit is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on   November 9, 2006
                    (Date)

_____
(Prisoner's Original Signature)

## Required Certification

You must attach to this motion and affidavit a certified copy of your trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of this action. You must obtain the certified copy of your trust fund account statement (or institutional equivalent) from the appropriate official of each penal institution at which you are or were confined during the six-month period.

(Rev. 11/01/04)                    2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-02241-BNB
(To be supplied by the court)

Jon Vaupel, et al. - Representing, Plaintiff,
All ICE Detainees Housed at the Park County Detention Center.

v.

Alberto Gonzales, Attorney General

Michael Chertoff, Douglas Maurer

Frederick Wegener, LT Daniel Muldoon, Defendant(s).

## PRISONER'S MOTION AND AFFIDAVIT
## FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

I request leave to commence this civil action without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915. In support of my request, I declare that:

1. I am unable to pay such fees or give security therefor.

2. I am entitled to redress.

3. The nature of this action is:
   Class Action Petition for Preliminary and Permanent Injunctive Relief Pursuant to Fed. R. Civ. P. 23(a)(b) +65.

(Rev. 11/01/04)

4. My assets and their value are listed below: (attach an additional page if necessary)

(Assets may include income from employment, rent payments, interest or dividends, pensions, annuities, life insurance payments, Social Security, Veteran's Administration benefits, disability pensions, Worker's Compensation, unemployment benefits, gifts or inheritances, cash, funds in bank accounts, real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing), or any other source of income.)

No Assets - I am incarcerated by the Immigration and Customs Enforcement and have been for over 2 years I am currently being housed at the Park County Detention Center under an Immigration Process

5. Are you in imminent danger of serious physical injury?

X Yes ___ No (CHECK ONE). If you answered yes, briefly explain your answer:

I and other Administrative Detainees are housed with Violent ICE Ex Criminal Detainees with No Classification Process and Subject to Daily Fighting

### DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that the information in this motion and affidavit is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on   November 9, 2006
                        (Date)

_____
(Prisoner's Original Signature)

### Required Certification

You must attach to this motion and affidavit a certified copy of your trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of this action. You must obtain the certified copy of your trust fund account statement (or institutional equivalent) from the appropriate official of each penal institution at which you are or were confined during the six-month period.

(Rev. 11/01/04)                         2

PARK COUNTY JAIL
1180 COUNTY ROAD 16    PO BOX 965
FAIRPLAY CO 80440

RECORD OF TOTAL DEBT OUTSTANDING
IN MY INMATE ACCOUNT.

JON S VAUPEL

RESIDENT NAME
Vaupel Jon S
OCA # OR DOC #         0008466
STATEMENT DATE         Nov 09, 2006 11:38
TOTAL AMOUNT OWED      $371.93
MINIMUM AMOUNT DUE     $371.93

Any questions?
Please Contact:
  **Vicki Caldwell**
  (719)836-4374

**Payment due in 30 days unless other arrangements are made. Cash or Money orders only.**

| | |
|---|---|
| Initial Book Date | 06/09/2006 |
| Last Book Date | 06/09/2006 |
| Last Release Date | |

STATEMENT SUMMARY:

| | |
|---|---|
| Last Statement Date | 11/09/2006 11:38 |
| Last Balance** | $371.93 |
| Payments/Credits | $0.00 |
| New Charges | $0.00 |

ACCOUNTS OWED:

| | |
|---|---|
| Copies | $172.20 |
| Postage | $164.43 |
| Misc | $35.30 |
| **Total Amount Owed** | **$371.93** |

** Balance on the Last Statement Date          0202/11092006113835

---

Please cut this portion and mail with your payment.

JON S VAUPEL

| VAUPEL JON S | |
|---|---|
| OCA # OR DOC # | 0008466 |
| STATEMENT DATE | Nov 09, 2006 11:38 |
| Due upon receipt | |
| MINIMUM AMOUNT DUE | $371.93 |

Amount Enclosed    $ ☐☐☐.☐☐

Please make your payment payable to:
  **Park County Jail**

PARK COUNTY JAIL
1180 COUNTY ROAD 16    PO BOX 965
FAIRPLAY CO 80440

RESIDENT ACCOUNT STATEMENT            RECORD OF FUNDS WITHIN MY INMATE ACCOUNT   Page 1 of 1

Park County Jail
11/09/06 11:39
ST 004 / OPR 0202

OCA # or DOC #        :  0008466
Resident Name         :  VAUPEL, JON S
Housing Location      :
Statement Period      :  06/09/2006 - 11/09/2006

STATEMENT SUMMARY

| | |
|---|---:|
| Beginning Balance : | 0.00 |
| 4 Deposits : | 25.90 |
| 8 Payments : | 25.90 |
| Ending Balance : | 0.00 |

| Receipt No. | Date | Time | Description | Payments | Deposits | Balance |
|---|---|---|---|---:|---:|---:|
| | | | | | | 0.00 |
| A129839 | 06/09/2006 | 13:43 | Intake | | 0.00 | 0.00 |
| A129844 | 06/09/2006 | 13:57 | Add | | 17.90 | 17.90 |
| A130009 | 06/13/2006 | 00:53 | Order | 6.66 | | 11.24 |
| C239 | 07/18/2006 | 15:09 | Rec Payment | 2.80 | | 8.44 |
| D13902 | 07/19/2006 | 11:27 | Payroll | | 6.00 | 14.44 |
| D13903 | 07/19/2006 | 11:27 | Rec Payment | 1.50 | | 12.94 |
| D14180 | 07/26/2006 | 14:28 | Payroll | | 2.00 | 14.94 |
| D14181 | 07/26/2006 | 14:28 | Rec Payment | 0.50 | | 14.44 |
| D14806 | 08/08/2006 | 08:17 | Rec Payment | 1.74 | | 12.70 |
| A134797 | 08/17/2006 | 08:12 | Rec Payment | 5.00 | | 7.70 |
| A135442 | 08/28/2006 | 08:04 | Rec Payment | 5.00 | | 2.70 |
| A135443 | 08/28/2006 | 08:10 | Rec Payment | 2.70 | | 0.00 |

No additional funds to date.

```
TRANSACTIONS INFORMATION                                                                    Page 1 of 1

Park County Jail
11/09/06 11:37:52
ST 004 / OPR 0202

Statement Date   : Nov 09, 2006 11:38
OCA # or DOC #   : 0008466
Resident Name    : JON S VAUPEL

-----------------------------------------------------------------------------------------------------
Date        Receipt Number   Transaction                   Account                Amount      Balance
-----------------------------------------------------------------------------------------------------

Beginning Balance                                                                 $4.15        $4.15
08/28/2006  A135442          Receivable Charge             Misc                   $5.00        $9.15
                             Receivable Payment-Resident   Misc                  -$5.00        $4.15
08/28/2006  A135443          Receivable Charge             Misc                  $35.00       $39.15
                             Receivable Payment-Resident   Misc                  -$2.70       $36.45
08/29/2006  A135579          Receivable Charge             Copies                $12.50       $48.95
08/31/2006  C290             Receivable Charge             Postage                $0.87       $49.82
09/07/2006  A136152          Receivable Charge             Copies                 $1.00       $50.82
09/08/2006  A136212          Receivable Charge             Copies                 $3.60       $54.42
09/12/2006  A136428          Receivable Charge             Copies                 $1.00       $55.42
09/13/2006  C301             Receivable Charge             Postage               $47.50      $102.92
09/13/2006  C304             Receivable Charge             Postage                $9.76      $112.68
09/21/2006  A137055          Receivable Charge             Misc                   $3.00      $115.68
09/25/2006  C314             Receivable Charge             Postage                $3.27      $118.95
10/03/2006  A137802          Receivable Charge             Postage                $0.63      $119.58
10/10/2006  A138281          Receivable Charge             Copies                $15.50      $135.08
10/10/2006  C326             Receivable Charge             Postage               $28.53      $163.61
10/16/2006  A138562          Receivable Charge             Copies                 $0.60      $164.21
10/18/2006  C331             Receivable Charge             Postage                $3.27      $167.48
10/27/2006  F121             Receivable Charge             Copies               $138.00      $305.48
10/27/2006  C350             Receivable Charge             Postage                $8.55      $314.03
10/30/2006  C356             Receivable Charge             Postage               $43.50      $357.53
11/01/2006  C360             Receivable Charge             Postage               $14.40      $371.93
```

*Handwritten annotation:* Record of all charges, charged against my inmate account. To current