REPLACEMENT

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

JON VAUPEL, Murphy Wamala, Mario Jean-Baptiste, Khalid Agina, Le Man, Hung Tran, Khalid Wahab, Tran Loi, Stanley Harmon, Chinh Nguyen, Alfredo Farinas-Perez, Igor Margatskiy, Gerald Nkwanga, Francis Johnson, Kwabena Essuman, Anerobi Ngwabe, O'Neil Stewart, Gerald Remy, Riziki Temu, Jose Zamorano, Arben Kola, Rovey Morm, Benad Abiodun, Franciso Banal-Martinez, Roy Berko, Vakhom Xayamoungkhoun, Yemane Haile, Christopher Lukanga, and All Unknown ICE Detainees present and future (Hereinafter Petitioners)

Petitioners,

v.

**ALBERTO R. GONZALES**,
United States Attorney General,

**MICHAEL CHERTOFF**,
Secretary of Homeland Security,

**DOUGLAS MAURER**,
USICE Field Office Director
For Colorado,

**FREDRICK WEGENER**
Sheriff of Park County,

**LT. DANIEL MULDOON**
Park County Detention Center Administrator

Respondents,

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 15 2006

GREGORY C. LANGHAM
CLERK

CASE NUMBER

**06-CV-02241-BNB**

## CLASS ACTION PETITION FOR EMERGENCY PRELIMINARY AND MANDATORY INJUNCTIVE RELIEF

**COMES NOW** Plaintiff/Petitioner Jon Vaupel representing all captioned Petitioners, including all present and future unknown Petitioners, proceeding Pro Se hereby before this Honorable District Court, files this **"Class Action Petition for Emergency Preliminary and Mandatory Injunctive Relief"** therefore the Petitioners respectfully petition this Honorable District Court for an order of

5