OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

06-cv-02241-BNB

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC - 1 2006

GREGORY C. LANGHAM
CLERK

Doc. 7 Minute Order

DENVER
17 NOV 2006

Jon Vaupel
Park County Det. Facility
PO Box 965
Fai[r]

NIXIE      802    1         74
      RETURN TO SENDER
      ATTEMPTED - NOT KNOWN
      UNABLE TO FORWARD
BC: 80294250151    *3020-007(

80440+0965
80294@2501

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02241-BNB

JON VAUPEL,

      Plaintiff,

v.

ALBERTO R. GONZALES, United States Attorney General,
MICHAEL CHERTOFF, Secretary of Homeland Security,
DOUGLAS MAURER, USICE Field Office Director for Colorado,
FREDERICK WEGENER, Sheriff of Park County, and
LT. DANIEL MULDOON, Park County Detention Center Administrator,

      Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 17 2006

GREGORY C. LANGHAM
CLERK

### MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's "Motion for Reconsideration of This Court's Order of November 8, 2006," filed on November 15, 2006, is DENIED. Plaintiff's "Motion for Appointment of Interim Counsel" filed on November 15, 2006, is DENIED as premature.

Dated: November 17, 2006

Copies of this Minute Order mailed on November 17, 2006, to the following:

Jon Vaupel
Park County Det. Facility
PO Box 965
Fairplay, CO 80440

                              Secretary/Deputy Clerk