# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**JON VAUPEL**, Murphy Wamala, Mario Jean-Baptiste, Khalid Agina, Le Man, Hung Tran, Khalid Wahab, Tran Loi, Stanley Harmon, Chinh Nguyen, Alfredo Farinas-Perez, Igor Margatskiy, Gerald Nkwanga, Francis Johnson, Kwabena Essuman, Anerobi Ngwabe, O'Neil Stewart, Gerald Remy, Riziki Temu, Jose Zamorano, Arben Kola, Rovey Morm, Benad Abiodun, Franciso Banal-Martinez, Roy Berko, Vakhom Xayamoungkhoun, Yemane Haile, Christopher Lukanga, and All Unknown ICE Detainees present and future (Hereinafter Petitioners)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 7 - 2006

GREGORY C. LANGHAM
CLERK

Petitioners,

v.

**ALBERTO R. GONZALES**,
United States Attorney General,

**MICHAEL CHERTOFF**,
Secretary of Homeland Security,

**DOUGLAS MAURER**,
USICE Field Office Director
For Colorado,

**FREDRICK WEGENER**
Sheriff of Park County,

**LT. DANIEL MULDOON**
Park County Detention Center Administrator

Respondents,

CASE NUMBER

**06-CV-02241-BNB**

## MOTION FOR TIME EXTENSION TO CURE DIFICIENCIES

**COMES NOW** Plaintiff/Petitioner Jon Vaupel, including all captioned Petitioners, including all present and future unknown Petitioners, proceeding Pro Se hereby before this Honorable District Court, files this **"Motion for Time Extension to Cure Deficiencies"** respectfully requesting the Honorable Court to grant Petitioner Vaupel a time extension of 30 days from the date of the Courts

1

order of November 7, 2006, to cure the deficiencies within this case and to allow Petitioner Vaupel to pursue ONLY his claims for relief in this action. In support of this Motion for Time Extension to Cure Deficiencies, the Petitioners state as follows:

## I BACKGROUND

On October 30, 2006, Petitioner Vaupel including all captioned Petitioners and those unknown at present and in the future who are or may become housed at the Park County Detention Center filed before this Honorable District Court their Class Action Petition for Preliminary and Permanent Injunctive Relief requesting this Court to remedy the wrongful acts of both ICE Officers and the Park County Detention Center Administrators toward all ICE Detainees in violation of the United States Immigration and Customs Enforcement Detention Standards.

On November 8, 2006, the Petitioners file before this court a Notice of Action by the Respondents, therefore informing this Honorable Court of the systematic removal of ICE Detainees from the Park County Detention Center being that 13 ICE Detainees were remove back to the GEO/ICE Detention Center on Tuesday October 31, 2006, followed by another 6 on Wednesday November 1, 2006, and then followed by another 10 on Friday November 3, 2006.

On November 8, 2006, the Honorable Magistrate Judge Boyd Boland issued orders **(1)** instructing the Petitioners to cure filing deficiencies within this case **(2)** that the Clerk of the Court be directed to commence a Civil Action and **(3)** that Petitioner Vaupel pursue ONLY his own claims for relief in this action.

On Thursday, November 9, 2006, ICE came to the Park County Detention Center and removed another 14 ICE Detainees from the Park County Center back to the ICE Detention Facility in Aurora Colorado, leaving behind only 8 Petitioners including **Lead Petitioner Vaupel** followed by captioned Petitioners Wamala, Nguyen, Margatskiy, Essuman, Remy, Abiodun and Haile, however ICE did also

2

return NON captioned Petitioner's Quoc Bui and Hanady Sy-Ousmane to the Park County Detention Center from the ICE Detention Center in Aurora Colorado.

On November 14, 2006, the Petitioners file a Motion for Reconsideration of its Orders of November 8, 2006, and Motion for Appointment of Interim Class Counsel pursuant to Rule 23(g) and by doing so, the Petitioners are requesting that this Honorable Court amend its order requiring Petitioner Vaupel pursue only his own claims and therefore converting this action back to a Class Action case on behalf of all ICE Detainees and as all Petitioners are incarcerated and unrepresented, they request this Court to appoint them Interim Class Counsel to represent them in this matter.

On December 5, 2006, Petitioner Vaupel respectfully files this Motion for a 30-day time extension to cure the filing deficiencies within this case.

## II ARGUMENT

On June 9, 2006, Vaupel was transferred from the physical custody of ICE and placed in the physical custody of the Park County Detention Center in Fairplay, Colorado under an Immigration Process.

On November 16, 2006, Petitioner Vaupel is transferred back to the physical custody of ICE from the physical custody of the Park County Detention Center in Fairplay, Colorado under an Immigration Process.

On December 5, 2006, Since Petitioner Vaupel's transfer back from the Park County Detention Center, Vaupel was forced to save all his legal files to recordable CD's that were supplied to him by the Park County Detention Center Administrators and place all his legal documents in his property including the documents issue by the Court on November 7, 2006, for Petitioner Vaupel to complete and forward back to the Court.

However, upon his return to the GEO/ICE Processing Center in Aurora, Colorado, Vaupel has had great difficulty in obtaining these much-needed CD's

3

containing all his legal case files and physical documents included the Court issues Complaint forms from the Administrators at the ICE Aurora Facility.

Furthermore since his return to the ICE Facility on November 16, 2006, until the filing of this Motion for a Time Extension, Petitioner Vaupel has only been given 5 hours of Law Library access time with which to address his various Court cases, apply for time extensions and supply Notice's of Change of Information.

The Law Library access granted has NOT been nearly enough time necessary for the Petitioner to even achieve this rudimentary tasks, therefore the Petitioner is forced to file before this Court a "Motion for Extension of Time to Cure Deficiencies", respectfully requesting this Honorable Court for a Time Extension of 30 days to cure the case deficiencies before this Court..

## III CONCLUSION

**Wherefore** the Petitioner respectfully requests and prays that this Honorable District Court grant the Petitioners Motion for an Extension of Time to Cure the Deficiencies within this Case and in doing so granting the Petitioner an extension of 30 days from December 7, 2006, until January 8, 2007, to enable the Petitioner to cure these Deficiencies in a timely manner.

Dated this 5th Day of December, 2006,

Respectfully Submitted

Jon Stephan Vaupel #J5639
GEO/ICE Processing Center
11901 East 30th Avenue,
Aurora, Colorado 80010.

4

# CERTIFICATE OF MAILING

I hereby certify that on this 5th day of December 2006, a true and correct type written copy of the Petitioners **"Motion for Time Extension to Cure Deficiencies"** was mailed via U.S. Mail and properly addressed to:

### Respondents:

Alberto Gonzales
United States Attorney General
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Michael J. Garcia – Secretary
Immigration & Customs Enforcement
U.S. Department of Homeland Security
Washington, D.C. 20528

### Park County Facility:

Frederick Wegener
Sheriff of Park County
Park County Detention Center
1180 County Road 16, P/O Box 965,
Fairplay, Colorado 80440.

Lt. Daniel Muldoon
Chief Administrator
Park County Detention Center
1180 County Road 16, P/O Box 965,
Fairplay, Colorado 80440.

**CC:** Rebecca Walters – Pro Bono
American Bar Association
Washington D.C.

Rebecca Tramell – Chair Person
American Assoc. of Law Libraries
Chicago, Illinois

American Civil Liberties Union
National Prisons Project
Washington D.C.

Michael Chertoff
Secretary in Chief
United States
Department of Homeland Security
Washington, D.C. 20528

Douglas Maurer
Field Officer Director for Denver
Immigration & Customs Enforcement
4730 Paris Street
Denver, Colorado 80239.

### ICE Agency Counsel:

Douglas Bow, Esq.
U.S. Dept. of Homeland Security
District Counsel
4730 Paris Street
Denver, Colorado 80239.

_____
Jon Vaupel – Representing all Petitioners
Park County Detention Center
P/O Box 965,
Fairplay, Colorado 80440
Phone (719) 836-4370

Rocky Mountain Immigrant
Advocacy Network - Denver