IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02241-BNB

JON VAUPEL,

      Plaintiff,

v.

ALBERTO R. GONZALES, United States Attorney General,
MICHAEL CHERTOFF, Secretary of Homeland Security,
DOUGLAS MAURER, USICE Field Office Director for Colorado,
FREDERICK WEGENER, Sheriff of Park County, and
LT. DANIEL MULDOON, Park County Detention Center Administrator,

      Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 11 2006

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

      Plaintiff's "Motion for Time Extension to Cure Deficiencies" filed on December 7, 2006, is GRANTED. Plaintiff shall have up to and including **January 8, 2007**, to cure the deficiencies in this action. The clerk of the court also is directed to mail to Plaintiff, together with a copy of this minute order, a copy of the minute order entered by the court on November 17, 2006.

Dated: December 11, 2006

Copies of this **Minute Order, and a copy of the Minute Order filed 11/17/06** were mailed on December 11, 2006, to the following:

Jon Vaupel
Reg. No. J5639
ICE Processing Center
11901 East 30th Ave.
Aurora, CO 80010

                                                    Secretary/Deputy Clerk