IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02241-BNB

JON VAUPEL,

    Plaintiff,

v.

ALBERTO R. GONZALES, United States Attorney General,
MICHAEL CHERTOFF, Secretary of Homeland Security,
DOUGLAS MAURER, USICE Field Office Director for Colorado,
FREDERICK WEGENER, Sheriff of Park County, and
LT. DANIEL MULDOON, Park County Detention Center Administrator,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 1 0 2007

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's "Motion for Second Time Extension to Cure Deficiencies" filed on January 8, 2007, is GRANTED. Plaintiff shall have up to and including **February 8, 2007**, to cure the deficiencies in this action. The clerk of the court also is directed to mail to Plaintiff, together with a copy of this minute order, a copy of the court's Prisoner Complaint form.

Dated: January 10, 2007

Copies of this **Minute Order, and two copies of Prisoner Complaint** were mailed on January 10, 2007, to the following:

Jon Stephen Vaupel
Prisoner No. J5639
GEO/ICE Processing Center
11901 East 30th Ave.
Aurora, CO 80010

                                            Secretary/Deputy Clerk