# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

**JON VAUPEL,** Murphy Wamala, Mario
Jean-Baptiste, Khalid Agina, Le Man,
Hung Tran, Khalid Wahab, Tran Loi, Stanley
Harmon, Chinh Nguyen, Alfredo Farinas-Perez,
Igor Margatskiy, Gerald Nkwanga, Francis
Johnson, Kwabena Essuman, Anerobi Ngwabe,
O'Neil Stewart, Gerald Remy, Riziki Temu,
Jose Zamorano, Arben Kola, Rovey Morm,
Benad Abiodun, Franciso Banal-Martinez,
Roy Berko, Vakhom Xayamoungkhoun,
Yemane Haile, Christopher Lukanga, and All
Unknown ICE Detainees present and future
(Hereinafter Petitioners)

              Petitioners,

v.

**ALBERTO R. GONZALES,**
United States Attorney General,

**MICHAEL CHERTOFF,**
Secretary of Homeland Security,

**DOUGLAS MAURER,**
USICE Field Office Director
For Colorado,

**FREDRICK WEGENER**
Sheriff of Park County,

**LT. DANIEL MULDOON**
Park County Detention Center Administrator

              Respondents,

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB - 8 2007

GREGORY C. LANGHAM
CLERK

CASE NUMBER

**06-CV-02241-BNB**

---

## MOTION FOR THIRD TIME EXTENSION TO CURE DIFICIENCIES

    **COMES NOW** Plaintiff/Petitioner Jon Vaupel, including all captioned
Petitioners, including all present and future unknown Petitioners, proceeding Pro
Se hereby before this Honorable District Court, files this **"Motion for Third Time
Extension to Cure Deficiencies"** respectfully requesting the Honorable Court to
grant Petitioner Vaupel a final time extension of 30 days from February 8, 2007, to

cure the deficiencies within this case and to allow Petitioner Vaupel to pursue ONLY his claims for relief in this action, Furthermore Petitioner Vaupel respectfully requests this Honorable Court to NOTE that this complaint centers around the Respondents constitutional violations regarding access to the Courts by the Respondents severely restricting Vaupel's use of the Law Library, a Law Library containing extremely outdated Law Library materials and the Respondents withholding of a substantial portion of Vaupel's legal data discs containing all Vaupel's legal research and documents needed for this and other cases, these are several of a number of issues to be litigated. Vaupel also wishes this Court to note that this **third** request for an extension of time to cure the deficiencies within this case is DIRECTLY RELATED TO these library issues along with the research and legal document data restrictions placed on Vaupel by the Respondents in the first place.

Vaupel has been in the custody of ICE and detained at the ICE Processing Center from October 12, 2004 to the present. This case has arisen due to lack of response or resolution of the many requests and complaints by Vaupel to the respondents for relief. The Respondents have committed many unlawful acts in violation of Vaupel's Constitutional rights causing substantial injuries to Vaupel both financially and to his liberty.

Since Vaupel's, arrest by ICE Officers on October 12, 2004, Vaupel has had to extensively litigate all his cases Pro Se. These included his **(1)** Divorce and Child Custody proceedings before Jefferson County Family Court case number 04-DR-1695, **(2)** a Habeas Corpus Petition for the unlawful Removal Order before the Federal District Court case number 05-CV-327, **(3)** a Petition for Review before the Tenth Circuit Court of Appeals case number 05-9571 (10th Cir.), **(4)** an appeal of the Habeas Petition before the Tenth Circuit Court of Appeals case number 06-1101 (10th Cir.), **(5)** a second Habeas Petition to be filed before the District Court for Vaupel's continued unlawful detention of more than 2 years case number to be

determined, **(6)** plus the fact that Vaupel has had to extensively involve himself throughout the proceedings of his Pro Se VAWA Petition before USCIS involving much correspondence including the procurement and supply of needed evidence for the USCIS Vermont Service Center, and **(7)** finally this action before the District Court case number 06-CV-2241 seeking injunctive relief and financial damages against the Respondents for there continued multiple violations of Vaupel's statutory and Constitutionally protected rights.

The Law Library access granted to Vaupel has NOT been nearly enough time necessary for Vaupel to even achieve a basic level of defense in the above-mentioned cases, therefore Vaupel is again forced to file before this Court a "Motion for a Third Extension of Time to Cure These Deficiencies".

## **CONCLUSION**

**Wherefore** the Plaintiff/Petitioner Jon Vaupel respectfully requests and prays that this Honorable District Court grant Vaupel's Motion for a Third Extension of Time to Cure the Deficiencies within this Case and in doing so granting the Petitioner an extension of 30 days from February 8, 2007, until March 9, 2007, to enable the Petitioner to cure these Deficiencies in a timely manner.

Dated this 6th Day of February, 2007,

Respectfully Submitted

Jon Stephan Vaupel #J5639
GEO/ICE Processing Center
11901 East 30th Avenue,
Aurora, Colorado 80010.

# CERTIFICATE OF MAILING

I hereby certify that on this 6th day of February 2007, a true and correct type written copy of the Petitioners **"Motion for a Third Time Extension to Cure Deficiencies"** was mailed via U.S. Mail and properly addressed to:

**Respondents:**

Alberto Gonzales
United States Attorney General
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Michael J. Garcia – Secretary
Immigration & Customs Enforcement
U.S. Department of Homeland Security
Washington, D.C. 20528

Michael Chertoff
Secretary in Chief
United States
Department of Homeland Security
Washington, D.C. 20528

Douglas Maurer
Field Officer Director for Denver
Immigration & Customs Enforcement
4730 Paris Street
Denver, Colorado 80239.

**Park County Facility:**

Frederick Wegener
Sheriff of Park County
Park County Detention Center
1180 County Road 16, P/O Box 965,
Fairplay, Colorado 80440.

Lt. Daniel Muldoon
Chief Administrator
Park County Detention Center
1180 County Road 16, P/O Box 965,
Fairplay, Colorado 80440.

CC:   Rebecca Walters – Pro Bono
American Bar Association
Washington D.C.

Rebecca Tramell – Chair Person
American Assoc. of Law Libraries
Chicago, Illinois

American Civil Liberties Union
National Prisons Project
Washington D.C.

**ICE Agency Counsel:**

Douglas Bow, Esq.
U.S. Dept. of Homeland Security
District Counsel
4730 Paris Street
Denver, Colorado 80239.

Jon Vaupel – Representing all Petitioners
Park County Detention Center
P/O Box 965,
Fairplay, Colorado 80440
Phone (719) 836-4370

Rocky Mountain Immigrant
Advocacy Network - Denver

4