## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02241-BNB

JON VAUPEL,

      Plaintiff,

v.

ALBERTO R. GONZALES, United States Attorney General,
MICHAEL CHERTOFF, Secretary of Homeland Security,
DOUGLAS MAURER, USICE Field Office Director for Colorado,
FREDERICK WEGENER, Sheriff of Park County, and
LT. DANIEL MULDOON, Park County Detention Center Administrator,

      Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB - 9 2007

GREGORY C. LANGHAM
CLERK

---

### MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

      Plaintiff's "Motion for Third Time Extension to Cure Deficiencies" filed on
February 8, 2007, is GRANTED.  Plaintiff shall have up to and including **March 9, 2007**,
to cure the deficiencies in this action.

Dated:  February 9, 2007

---

Copies of this Minute Order mailed on February 9, 2007, to the following:

Jon Vaupel
Prisoner No. J5639
GEO/ICE Processing Center
11901 East 30th Ave.
Aurora, CO 80010

                        Secretary/Deputy Clerk