# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**JON VAUPEL**, Murphy Wamala, Mario Jean-Baptiste, Khalid Agina, Le Man, Hung Tran, Khalid Wahab, Tran Loi, Stanley Harmon, Chinh Nguyen, Alfredo Farinas-Perez, Igor Margatskiy, Gerald Nkwanga, Francis Johnson, Kwabena Essuman, Anerobi Ngwabe, O'Neil Stewart, Gerald Remy, Riziki Temu, Jose Zamorano, Arben Kola, Rovey Morm, Benad Abiodun, Franciso Banal-Martinez, Roy Berko, Vakhom Xayamoungkhoun, Yemane Haile, Christopher Lukanga, and All Unknown ICE Detainees present and future (Hereinafter Petitioners)

                 Petitioners,

v.

**ALBERTO R. GONZALES,**
United States Attorney General,

**MICHAEL CHERTOFF,**
Secretary of Homeland Security,

**DOUGLAS MAURER,**
USICE Field Office Director
For Colorado,

**FREDRICK WEGENER**
Sheriff of Park County,

**LT. DANIEL MULDOON**
Park County Detention Center Administrator

                 Respondents,

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 2 6 2007

GREGORY C. LANGHAM
CLERK

CASE NUMBER

**06-CV-02241-BNB**

## NOTICE OF CHANGE OF INFORMATION

**COMES NOW** Plaintiff/Petitioner Jon Vaupel, including all captioned Petitioners, including all present and future unknown Petitioners, proceeding Pro Se hereby before this Honorable District Court, files this **"Notice of Change of Information"** respectfully requesting the Honorable Court to note that the

1

Petitioner is no longer in the physical custody of the GEO/ICE Detention Center but has now been DEPORTED back to his Country of Citizenship and now will be living in Dunoon, New South Wales in Australia and therefore the Petitioners new physical and mailing address will be as follows:

>Jon Vaupel
>C/o K & P Maczkowiack
>11 Cedar Drive,
>Dunoon, N.S.W. 2480
>Australia.

Wherefore the Petitioner respectfully requests this Court to update the Petitioners contact and mailing information and further requests that all correspondents to the Petitioner by the Court now be forwarded to the Petitioners new location.

Dated this 22nd Day of February, 2007,

Respectfully Submitted

*[signature]*

Jon Vaupel
C/o K & P Maczkowiack
11 Cedar Drive,
Dunoon, N.S.W. 2480
Australia.

2

# CERTIFICATE OF MAILING

I hereby certify that on this 22nd day of February 2007, a true and correct type written copy of the Petitioners **"Notice of Change of Information"** was mailed via U.S. Mail and properly addressed to:

### Respondents:

Alberto Gonzales
United States Attorney General
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Michael J. Garcia – Secretary
Immigration & Customs Enforcement
U.S. Department of Homeland Security
Washington, D.C. 20528

Michael Chertoff
Secretary in Chief
United States
Department of Homeland Security
Washington, D.C. 20528

Douglas Maurer
Field Officer Director for Denver
Immigration & Customs Enforcement
4730 Paris Street
Denver, Colorado 80239.

### Park County Facility:

Frederick Wegener
Sheriff of Park County
Park County Detention Center
1180 County Road 16, P/O Box 965,
Fairplay, Colorado 80440.

Lt. Daniel Muldoon
Chief Administrator
Park County Detention Center
1180 County Road 16, P/O Box 965,
Fairplay, Colorado 80440.

**CC:** Rebecca Walters – Pro Bono
American Bar Association
Washington D.C.

Rebecca Tramell – Chair Person
American Assoc. of Law Libraries
Chicago, Illinois

American Civil Liberties Union
National Prisons Project
Washington D.C.

### ICE Agency Counsel:

Douglas Bow, Esq.
U.S. Dept. of Homeland Security
District Counsel
4730 Paris Street
Denver, Colorado 80239.

_____
Jon Vaupel – Representing all Petitioners
Park County Detention Center
P/O Box 965,
Fairplay, Colorado 80440
Phone (719) 836-4370

Rocky Mountain Immigrant
Advocacy Network - Denver

3