# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLO.

MAR - 6 2007

GREGORY C. LANGHAM
CLERK

| | |
|---|---|
| JON VAUPEL, Murphy Wamala, Mario Jean-Baptiste, Khalid Agina, Le Man, Hung Tran, Khalid Wahab, Tran Loi, Stanley Harmon, Chinh Nguyen, Alfredo Farinas-Perez, Igor Margatskiy, Gerald Nkwanga, Francis Johnson, Kwabena Essuman, Anerobi Ngwabe, O'Neil Stewart, Gerald Remy, Riziki Temu, Jose Zamorano, Arben Kola, Rovey Morm, Benad Abiodun, Franciso Banal-Martinez, Roy Berko, Vakhom Xayamoungkhoun, Yemane Haile, Christopher Lukanga, and All Unknown ICE Detainees present and future (Hereinafter Petitioners) | |
| Petitioners, | CASE NUMBER |
| v. | **06-CV-02241-BNB** |
| **ALBERTO R. GONZALES**, United States Attorney General, | |
| **MICHAEL CHERTOFF**, Secretary of Homeland Security, | |
| **DOUGLAS MAURER**, USICE Field Office Director For Colorado, | |
| **FREDRICK WEGENER** Sheriff of Park County, | |
| **LT. DANIEL MULDOON** Park County Detention Center Administrator | |
| Respondents, | |

## MOTION FOR FOURTH TIME EXTENSION TO CURE DIFICIENCIES

**COMES NOW** Plaintiff/Petitioner Jon Vaupel, including all captioned Petitioners, including all present and future unknown Petitioners, proceeding Pro Se hereby before this Honorable District Court, files this **"Motion for Fourth**

**Time Extension to Cure Deficiencies"** respectfully requesting the Honorable Court to grant Petitioner Vaupel a final time extension of 30 days from March 8, 2007, to cure the deficiencies within this case and to allow Petitioner Vaupel to pursue ONLY his claims for relief in this action. Furthermore Petitioner Vaupel respectfully requests this Honorable Court to NOTE that this complaint centers around the Respondents constitutional violations regarding access to the Courts by the Respondents severely restricting Vaupel's use of the Law Library, a Law Library containing extremely outdated Law Library materials and the Respondents withholding of a substantial portion of Vaupel's legal data discs containing all Vaupel's legal research and documents needed for this and other cases, these are several of a number of issues to be litigated. **Vaupel also wishes this Court to note** that this **fourth** request for an extension of time to cure the deficiencies within this case is DIRECTLY RELATED TO these library issues along with the research and legal document data restrictions placed on Vaupel by the Respondents in the first place. Vaupel also wishes this Honorable Court to take note that on February 25, 2007, Vaupel was unexpected deported back to Australia without any of his legal documents or case records and is now waiting for the Respondents to forward all these legal documents to him, a process he was assured would only take 3 days yet Vaupel has still not received them, another false promise and further violations by the Respondents.

Vaupel has been in the custody of ICE and detained at the ICE Processing Center from October 12, 2004 to his deportation back to Australia on February 25, 2007. This case has arisen due to lack of response or resolution of the many requests and complaints by Vaupel to the respondents for relief. The Respondents have committed many unlawful acts in violation of Vaupel's Constitutional rights causing substantial injuries to Vaupel both financially and to his liberty, and now though Vaupel's liberty interest may no longer be at stake, the collateral

consequences stemming from his deportation will have much worse and more far reaching devastating effects on him.

Since Vaupel's, arrest by ICE Officers on October 12, 2004, Vaupel has had to extensively litigate all his cases Pro Se. These included his **(1)** Divorce and Child Custody proceedings before Jefferson County Family Court case number 04-DR-1695, **(2)** a Habeas Corpus Petition for the unlawful Removal Order before the Federal District Court case number 05-CV-327, **(3)** a Petition for Review before the Tenth Circuit Court of Appeals case number 05-9571 (10th Cir.), **(4)** an appeal of the Habeas Petition before the Tenth Circuit Court of Appeals case number 06-1101 (10th Cir.), **(5)** Now that Vaupel has been unlawfully deported back to Australia on a deportation that was invalid, Vaupel must now litigate the unlawfulness of the execution of that removal order plus any ongoing FTCA and Bivens Actions for losses incurred by Vaupel for his unlawful removal. **(6)** plus the fact that Vaupel has had to extensively involve himself throughout the proceedings of his Pro Se VAWA Petition before USCIS involving much correspondence including the procurement and supply of needed evidence for the USCIS Vermont Service Center and now his appeal with the AAO from the denial of the USCIS Vermont Service Center in his VAWA Petition, and **(7)** finally this action before the District Court case number 06-CV-2241 seeking injunctive relief and financial damages against the Respondents for there continued multiple violations of Vaupel's statutory and Constitutionally protected rights.

The Law Library access that has previously been granted to Vaupel has NOT been nearly enough time necessary for Vaupel to even achieve a basic level of defense in the above-mentioned cases, hence the collateral consequences that have stemmed from these violations ultimately including Vaupel's removal, therefore Vaupel is again forced to file before this Court a "Motion for a Fourth Extension of Time to Cure These Deficiencies".

## CONCLUSION

**Wherefore** the Plaintiff/Petitioner Jon Vaupel respectfully requests and prays that this Honorable District Court grant Vaupel's Motion for a Fourth Extension of Time to Cure the Deficiencies within this Case and in doing so granting the Petitioner an extension of 30 days from March 8, 2007, until April 13, 2007, to enable Vaupel to procure all his legal records and research from the United States and have it sent back to Australia so that Vaupel may be able to cure these Deficiencies in a timely manner.

Dated this 6th Day of March, 2007,

Respectfully Submitted

_____
Jon Stephan Vaupel
C/o K. & P. Maczkowiack
11 Cedar Drive,
Dunoon, N.S.W., 2480
Australia
Phone 011-612-6689-5463

# CERTIFICATE OF MAILING

I hereby certify that on this 6th day of March 2007, a true and correct type written copy of the Petitioners "**Motion for a Fourth Time Extension to Cure Deficiencies**" was mailed via U.S. Mail and properly addressed to:

**Respondents:**

Alberto Gonzales
United States Attorney General
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Michael J. Garcia – Secretary
Immigration & Customs Enforcement
U.S. Department of Homeland Security
Washington, D.C. 20528

**Park County Facility:**

Frederick Wegener
Sheriff of Park County
Park County Detention Center
1180 County Road 16, P/O Box 965,
Fairplay, Colorado 80440.

Lt. Daniel Muldoon
Chief Administrator
Park County Detention Center
1180 County Road 16, P/O Box 965,
Fairplay, Colorado 80440.

CC:  Rebecca Walters – Pro Bono
     American Bar Association
     Washington D.C.

     Rebecca Tramell – Chair Person
     American Assoc. of Law Libraries
     Chicago, Illinois

     American Civil Liberties Union
     National Prisons Project
     Washington D.C.

Michael Chertoff
Secretary in Chief
United States
Department of Homeland Security
Washington, D.C. 20528

Douglas Maurer
Field Officer Director for Denver
Immigration & Customs Enforcement
4730 Paris Street
Denver, Colorado 80239.

**ICE Agency Counsel:**

Douglas Bow, Esq.
U.S. Dept. of Homeland Security
District Counsel
4730 Paris Street
Denver, Colorado 80239.

_____
Jon Vaupel – Representing all Petitioners
11 Cedar Drive,
P/O Box 8015,
Dunoon, N.S.W., 2480
Australia

Rocky Mountain Immigrant
Advocacy Network – Denver

# URGENT ATTENTION TO – ANDREA – PRO SE CLERK
# UNITED STATES FEDERAL DISTRICT COURT



# Fax

| | | | |
|---|---|---|---|
| **To:** | ANDREA | **From:** | JON VAUPEL |
| **Fax:** | (303) 335-2714 | **Date:** | March 7, 2007 |
| **Phone:** | (303) 844-3433 | **Pages:** | 6 PAGES |
| **Re:** | 2 MOTIONS | **CC:** | N/A |

**X** Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

CASE NUMBER – 06-CV-02241-BNB

Dear Andrea,

    Please find the following TWO Motions, one for a time extension to cure deficiencies and the other for permission to file by facsimile and electronically. Please also find my completed application for Pro Se Electronic Filing. As you may be aware I was recently deported back to Australia therefore I must continue all my cases from back here, my problem is that as I was recently deported, I do NOT have any of my documents so I must file for another extension and secondly since I am now going to be living here the mail is very expensive and several weeks for the exchange of legal documentation between parties therefore I have sought permission to file electronically. Please know that any help you can give me in this area will be greatly appreciated.

Yours Sincerely,

Jon Vaupel