# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLO.

**MAR - 6 2007**

GREGORY C. LANGHAM
CLERK

| | |
|---|---|
| JON VAUPEL, Murphy Wamala, Mario Jean-Baptiste, Khalid Agina, Le Man, Hung Tran, Khalid Wahab, Tran Loi, Stanley Harmon, Chinh Nguyen, Alfredo Farinas-Perez, Igor Margatskiy, Gerald Nkwanga, Francis Johnson, Kwabena Essuman, Anerobi Ngwabe, O'Neil Stewart, Gerald Remy, Riziki Temu, Jose Zamorano, Arben Kola, Rovey Morm, Benad Abiodun, Franciso Banal-Martinez, Roy Berko, Vakhom Xayamoungkhoun, Yemane Haile, Christopher Lukanga, and All Unknown ICE Detainees present and future (Hereinafter Petitioners) | |
| Petitioners, | CASE NUMBER |
| v. | |
| **ALBERTO R. GONZALES,** United States Attorney General, | **06-CV-02241-BNB** |
| **MICHAEL CHERTOFF,** Secretary of Homeland Security, | |
| **DOUGLAS MAURER,** USICE Field Office Director For Colorado, | |
| **FREDRICK WEGENER** Sheriff of Park County, | |
| **LT. DANIEL MULDOON** Park County Detention Center Administrator | |
| Respondents, | |

## MOTION FOR PERMISSION TO FILE BY FACSCIMILE

**COMES NOW** Plaintiff/Petitioner Jon Vaupel, including all captioned Petitioners, including all present and future unknown Petitioners, proceeding Pro Se hereby before this Honorable District Court, files this **"Motion for Permission to File by Facsimile "** in the above captioned case respectfully requesting this Honorable Court grant Vaupel permission to file all future motions, pleadings and

notices either by Facsimile (FAX) or electronically or both as Vaupel is NO longer in the physical custody of Immigration and Customs Enforcement (ICE), but rather has been unlawfully deported back to Australia under an Immigration Process.

In support of this motion Vaupel states as follows:

That he was recently deported back to Australian on February 25, 2007, through an Immigration process. That Vaupel is recognized as an indigent deported Immigration detainee by the Federal Court system and as such is permitted filing all actions with no fee.

As a deported indigent immigration ex detainee now living in Australia, the regular legal mail process is both costly and time consuming given that an average brief could cost as much as $20 to $40 each to mail by regular mail and take as long as 2 to 3 weeks to arrive at its destination in the United States and as most actions are against multiple respondents, multiple pleadings would need to be sent out therefore obviously multiplying these expenses many times.

**Wherefore** for all the forgoing reasons Petitioner Vaupel respectfully requests and prays that this Honorable District Court grant the Petitioners Motion to file electronically and to allow Vaupel to follow this electronic filing with the hard copy by Facsimile and in doing so, therefore authorizing the issuance of this Honorable Courts Fax number and electronic filing details along with all instructions for usage of both to Vaupel and in doing so accepting all "Electronically Filed" and "Faxed" documents as legal tender before this Court. Dated this 6th Day of March, 2007,

Respectfully Submitted

Jon Vaupel
P/O Box 8015
Dunoon, N.S.W. 2480
Australia
Phone 011-612-6689-5463

# CERTIFICATE OF MAILING

I hereby certify that on this 6th day of March 2007, a true and correct type written copy of the Petitioners "**Motion for Permission to File by Facsimile**" was mailed via U.S. Mail and properly addressed to:

**Respondents:**

Alberto Gonzales
United States Attorney General
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Michael J. Garcia – Secretary
Immigration & Customs Enforcement
U.S. Department of Homeland Security
Washington, D.C. 20528

Michael Chertoff
Secretary in Chief
United States
Department of Homeland Security
Washington, D.C. 20528

Douglas Maurer
Field Officer Director for Denver
Immigration & Customs Enforcement
4730 Paris Street
Denver, Colorado 80239.

**Park County Facility:**

Frederick Wegener
Sheriff of Park County
Park County Detention Center
1180 County Road 16, P/O Box 965,
Fairplay, Colorado 80440.

Lt. Daniel Muldoon
Chief Administrator
Park County Detention Center
1180 County Road 16, P/O Box 965,
Fairplay, Colorado 80440.

**ICE Agency Counsel:**

Douglas Bow, Esq.
U.S. Dept. of Homeland Security
District Counsel
4730 Paris Street
Denver, Colorado 80239.

_____
Jon Vaupel – Representing all Petitioners
11 Cedar Drive,
P/O Box 8015,
Dunoon, N.S.W., 2480
Australia

CC:  Rebecca Walters – Pro Bono
     American Bar Association
     Washington D.C.

     Rebecca Tramell – Chair Person
     American Assoc. of Law Libraries
     Chicago, Illinois

     American Civil Liberties Union
     National Prisons Project
     Washington D.C.

Rocky Mountain Immigrant
Advocacy Network – Denver