IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 12 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-02241-BNB

JON VAUPEL,

      Plaintiff,

v.

ALBERTO R. GONZALES, United States Attorney General,
MICHAEL CHERTOFF, Secretary of Homeland Security,
DOUGLAS MAURER, USICE Field Office Director for Colorado,
FREDERICK WEGENER, Sheriff of Park County, and
LT. DANIEL MULDOON, Park County Detention Center Administrator,

      Defendants.

## ORDER

Plaintiff, Jon Vaupel, was in the custody of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE), when he initiated this action by filing *pro se* a complaint challenging the conditions of his confinement at the Park County Detention Center in Fairplay, Colorado. On November 8, 2006, the court ordered Mr. Vaupel to cure certain deficiencies in this action if he wished to pursue his claims. Specifically, the court ordered Mr. Vaupel to file his complaint on the proper form and either to pay the $350.00 filing fee or to file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. On November 15, 2006, Mr. Vaupel filed a motion seeking leave to proceed *in forma pauperis*. That motion will be granted. Mr. Vaupel has not yet filed his complaint on the proper form. Instead, he has made repeated requests for extensions of time to cure the deficiencies. Most recently,

Mr. Vaupel filed a "Motion for Fourth Time Extension to Cure Deficiencies," on March 6, 2007. Also on March 6, 2007, Mr. Vaupel filed a "Motion for Permission to File by Facsimile." Mr. Vaupel seeks leave to file all future motions, pleadings, and notices by facsimile or electronically because he no longer is in ICE custody and has been removed to his native country of Australia.

Mr. Vaupel's "Motion for Permission to File by Facsimile" will be granted to the extent permitted by the court's local rules. Pursuant to Rule 5.1 of the Local Rules of Practice of the United States District Court for the District of Colorado-Civil, "[a] pleading or paper which does not require a filing fee and is no longer than ten pages, including all attachments, may be filed with the clerk by means of facsimile." If Mr. Vaupel wishes to file documents electronically, he must apply to register as a participant in the court's electronic case filing system in accordance with the court's electronic case filing procedures. Such a request is not appropriate in this action.

Finally, Mr. Vaupel's "Motion for Fourth Time Extension to Cure Deficiencies" will be granted. Accordingly, it is

ORDERED that the motion for leave to proceed *in forma pauperis* filed on November 15, 2006, is granted. It is

FURTHER ORDERED that the "Motion for Permission to File by Facsimile" filed on March 6, 2007, is granted to the extent allowed by the court's local rules. It is

FURTHER ORDERED that the "Motion for Fourth Time Extension to Cure Deficiencies" filed on March 6, 2007, is granted. It is

FURTHER ORDERED that Mr. Vaupel shall have up to and including **April 13,**

**2007**, to cure the remaining deficiency in this action. It is

FURTHER ORDERED that, if Mr. Vaupel fails within the time allowed to cure the remaining deficiency, the action will be dismissed without further notice.

DATED March 12, 2007, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-02241-BNB

Jon Vaupel
c/o K & P Maczkowiack
11 Cedar Dr.
Dunoon, N.S.W. 2480
Australia

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  3-12-07

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk