**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 1 3 2007

GREGORY C. LANGHAM
CLERK

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

JON VAUPEL, Murphy Wamala, Mario Jean-Baptiste, Khalid Agina, Le Man, Hung Tran, Khalid Wahab, Tran Loi, Stanley Harmon, Chinh Nguyen, Alfredo Farinas-Perez, Igor Margatskiy, Gerald Nkwanga, Francis Johnson, Kwabena Essuman, Anerobi Ngwabe, O'Neil Stewart, Gerald Remy, Riziki Temu, Jose Zamorano, Arben Kola, Rovey Morm, Benad Abiodun, Franciso Banal-Martinez, Roy Berko, Vakhom Xayamoungkhoun, Yemane Haile, Christopher Lukanga, and All Unknown ICE Detainees present and future (Hereinafter Petitioners)

Petitioners,

v.

**ALBERTO R. GONZALES,**
United States Attorney General,

**MICHAEL CHERTOFF,**
Secretary of Homeland Security,

**DOUGLAS MAURER,**
USICE Field Office Director
For Colorado,

**FREDRICK WEGENER**
Sheriff of Park County,

**LT. DANIEL MULDOON**
Park County Detention Center Administrator

Respondents,

CASE NUMBER

**06-CV-02241-BNB**

## PETITIONERS MOTION TO WITHDRAW
## AND DISMISS WITHOUT PREJUDICE

**COMES NOW** Plaintiff/Petitioner Jon Vaupel, including all captioned Petitioners, including all present and future unknown Petitioners, proceeding Pro Se hereby before this Honorable District Court, files this **"Motion to Withdraw**

1

**and Dismiss without Préjudice"** respectfully requesting the Honorable Court to allow Petitioner Vaupel to withdraw this above captioned case and for the this Court to dismiss this case without prejudice therefore allowing Petitioner Vaupel to re-file this case at a later date.

Vaupel wishes to thank this Honorable Court for its leniency and generous time extensions given, to provide Vaupel with what would have normally been adequate periods of time with which to cure the deficiencies within this case, however Petitioner Vaupel respectfully requests this Honorable Court to NOTE that since being deported back to Australia, due to mail delivery issues, on March 12, 2007, this Court generously granted Vaupel permission to file by facsimile in accordance with Rule 5.1 of the Local Rules of Practice of the United States District Court for the District of Colorado and for any filings outside of Rule 5.1 to be filed electronically provided Vaupel complete the ECF Training Program provided by this Court.

Vaupel regrettably has been unable to complete this training program in enough time to file by the due date and as NO further extensions are permitted as specified by the Honorable Judges order of March 12, Vaupel is left with no alternative but to withdraw and file at a latter date, Petitioner Vaupel also wishes the Court to note that though the extension granted would normally have provided enough time to complete this program and then file electronically to cure the deficiencies, during this same time period Vaupel was also required to file an extensive and complex Brief with the Tenth Circuit Court of Appeals, Case number 06-1103 due Monday April 9, 2007, consequently Vaupel was not left with enough time to complete his 10 Cir. Brief, complete the ECF Training Program and cure the deficiencies within this case by Friday April 13, 2007, therefore Vaupel is left with no alternative but to withdraw this lawsuit and seek dismissal of this case without prejudice allowing Vaupel to re-file at a later date.

Vaupel therefore respectfully apologizes to this Honorable Court for any and all inconveniences he has caused and asks that he be permitted to re-file this case once he has completed the necessary ECF Training Program required to file electronically before this Court at a latter date.

## CONCLUSION

**Wherefore** the Plaintiff/Petitioner Jon Vaupel respectfully requests and prays that this Honorable District Court grant Vaupel's Motion to withdraw and dismiss this case without prejudice and in doing so granting Vaupel the opportunity to re-file this case before this Court at a latter date after he has completed the necessary ECF Training Program as required by this Court for electronic filing from Australia.

Dated this 13th Day of April, 2007,

Respectfully Submitted

Jon Stephan Vaupel
C/o K. & P. Maczkowiack
11 Cedar Drive,
Dunoon, N.S.W., 2480
Australia
Phone 011-612-6689-5463

# CERTIFICATE OF MAILING

I hereby certify that on this 13th day of April 2007, a true and correct type written copy of the Petitioners **"Motion to Withdraw and Dismiss without Prejudice"** was mailed via Australian Mail and properly addressed to:

**Respondents:**

Alberto Gonzales
United States Attorney General
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Michael J. Garcia – Secretary
Immigration & Customs Enforcement
U.S. Department of Homeland Security
Washington, D.C. 20528

**Park County Facility:**

Frederick Wegener
Sheriff of Park County
Park County Detention Center
1180 County Road 16, P/O Box 965,
Fairplay, Colorado 80440.

Lt. Daniel Muldoon
Chief Administrator
Park County Detention Center
1180 County Road 16, P/O Box 965,
Fairplay, Colorado 80440.

CC:  Rebecca Walters – Pro Bono
     American Bar Association
     Washington D.C.

     Rebecca Tramell – Chair Person
     American Assoc. of Law Libraries
     Chicago, Illinois

     American Civil Liberties Union
     National Prisons Project
     Washington D.C.

Michael Chertoff
Secretary in Chief
United States
Department of Homeland Security
Washington, D.C. 20528

Douglas Maurer
Field Officer Director for Denver
Immigration & Customs Enforcement
4730 Paris Street
Denver, Colorado 80239.

**ICE Agency Counsel:**

Douglas Bow, Esq.
U.S. Dept. of Homeland Security
District Counsel
4730 Paris Street
Denver, Colorado 80239.

Jon Vaupel – Representing all Petitioners
1 Cedar Drive,
P/O Box 8015,
Dunoon, N.S.W., 2480
Australia

Rocky Mountain Immigrant
Advocacy Network – Denver

4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 12 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-02241-BNB

JON VAUPEL,

    Plaintiff,

v.

ALBERTO R. GONZALES, United States Attorney General,
MICHAEL CHERTOFF, Secretary of Homeland Security,
DOUGLAS MAURER, USICE Field Office Director for Colorado,
FREDERICK WEGENER, Sheriff of Park County, and
LT. DANIEL MULDOON, Park County Detention Center Administrator,

    Defendants.

## ORDER

    Plaintiff, Jon Vaupel, was in the custody of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE), when he initiated this action by filing *pro se* a complaint challenging the conditions of his confinement at the Park County Detention Center in Fairplay, Colorado. On November 8, 2006, the court ordered Mr. Vaupel to cure certain deficiencies in this action if he wished to pursue his claims. Specifically, the court ordered Mr. Vaupel to file his complaint on the proper form and either to pay the $350.00 filing fee or to file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. On November 15, 2006, Mr. Vaupel filed a motion seeking leave to proceed *in forma pauperis*. That motion will be granted. Mr. Vaupel has not yet filed his complaint on the proper form. Instead, he has made repeated requests for extensions of time to cure the deficiencies. Most recently,

Mr. Vaupel filed a "Motion for Fourth Time Extension to Cure Deficiencies," on March 6, 2007. Also on March 6, 2007, Mr. Vaupel filed a "Motion for Permission to File by Facsimile." Mr. Vaupel seeks leave to file all future motions, pleadings, and notices by facsimile or electronically because he no longer is in ICE custody and has been removed to his native country of Australia.

Mr. Vaupel's "Motion for Permission to File by Facsimile" will be granted to the extent permitted by the court's local rules. Pursuant to Rule 5.1 of the Local Rules of Practice of the United States District Court for the District of Colorado-Civil, "[a] pleading or paper which does not require a filing fee and is no longer than ten pages, including all attachments, may be filed with the clerk by means of facsimile." If Mr. Vaupel wishes to file documents electronically, he must apply to register as a participant in the court's electronic case filing system in accordance with the court's electronic case filing procedures. Such a request is not appropriate in this action.

Finally, Mr. Vaupel's "Motion for Fourth Time Extension to Cure Deficiencies" will be granted. Accordingly, it is

ORDERED that the motion for leave to proceed *in forma pauperis* filed on November 15, 2006, is granted. It is

FURTHER ORDERED that the "Motion for Permission to File by Facsimile" filed on March 6, 2007, is granted to the extent allowed by the court's local rules. It is

FURTHER ORDERED that the "Motion for Fourth Time Extension to Cure Deficiencies" filed on March 6, 2007, is granted. It is

FURTHER ORDERED that Mr. Vaupel shall have up to and including **April 13,**

2007, to cure the remaining deficiency in this action. It is

FURTHER ORDERED that, if Mr. Vaupel fails within the time allowed to cure the remaining deficiency, the action will be dismissed without further notice.

DATED March 12, 2007, at Denver, Colorado.

                                      BY THE COURT:

                                      s/ Boyd N. Boland
                                      United States Magistrate Judge

3

# URGENT ATTENTION TO – ANDREA – PRO SE CLERK
# UNITED STATES FEDERAL DISTRICT COURT

# Fax

| To: | ANDREA | From: | JON VAUPEL |
|---|---|---|---|
| Fax: | (303) 335-2714 | Date: | April 14, 2007 |
| Phone: | (303) 844-3433 | Pages: | 8 PAGES |
| Re: | Motion to Withdraw | CC: | N/A |

X Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

**CASE NUMBER – 06-CV-02241-BNB**

**Dear Andrea,**

Please find the following Motion to Withdraw and Dismiss without Prejudice, this Motion is being filed by facsimile in accordance with Local Rule 5.1 as permitted by the Honorable Judge in his Court orders of March 12, 2007. I have included a copy of the Judges orders for verification of permission to do so.

Please know that any urgent consideration you can give me in this matter will be greatly appreciated.

Yours Sincerely,

Jon Vaupel



APR 13 2007



APR 11 2007