IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02241-BNB

JON VAUPEL,

    Plaintiff,

v.

ALBERTO R. GONZALES, United States Attorney General,
MICHAEL CHERTOFF, Secretary of Homeland Security,
DOUGLAS MAURER, USICE Field Office Director for Colorado,
FREDERICK WEGENER, Sheriff of Park County, and
LT. DANIEL MULDOON, Park County Detention Center Administrator,

    Defendants.



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 20 2007

GREGORY C. LANGHAM
                CLERK

## ORDER DISMISSING CASE

Plaintiff Jon Vaupel has filed *pro se* on April 13, 2007, "Petitioners Motion to Withdraw and Dismiss Without Prejudice." The Court must construe the motion liberally because Mr. Vaupel is representing himself. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). The Court will construe the motion as a notice of voluntary dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Rule 41(a)(1) of the Federal Rules of Civil Procedure provides that "an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment." No response has been filed by Defendants in this action. A voluntary dismissal pursuant to Rule 41(a)(1) is effective immediately upon the filing of

a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); ***Hyde Constr. Co. v. Koehring Co.***, 388 F.2d 501, 507 (10th Cir. 1968). The notice closes the file. *See* ***Hyde Constr. Co.***, 388 F.2d at 507. Accordingly, it is

ORDERED that "Petitioners Motion to Withdraw and Dismiss Without Prejudice" filed on April 13, 2007, is construed as a notice of voluntary dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a)(1). It is

FURTHER ORDERED that the voluntary dismissal is effective as of April 13, 2007, the date the notice was filed in this action. It is

FURTHER ORDERED that judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 19 day of April, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-02241-BNB

Jon Vaupel
c/o K & P Maczkowiack
11 Cedar Dr.
Dunoon, N.S.W. 2480
Australia

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 4/20/07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk